IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| Bonita Baum, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 20-cv-409 |
| | § | |
| Mayo Clinic Ambulance (f/k/a Gold Cross Ambulance Service) and Gold Cross Ambulance, Inc. | § | |
| | § | |
| Defendants. | § | |

## UNABRIDGED COMPENDIUM OF STATE COURT FILINGS

The following filings in the state court action removed to this Court are attached here:

| Docket No. | Date of Entry | Document Title |
|---|---|---|
| 1 | 12/26/2019 | Electronic Filing Notice |
| 2 | 12/26/2019 | Summons and Complaint |
| 3 | 12/26/2019 | Ex. C to Complaint |
| 4 | 12/26/2019 | Ex. B to Complaint |
| 5 | 12/26/2019 | Ex. A to Complaint |
| 6 | 12/30/2019 | Electronic Notice Status Change |
| 7 | 02/07/2020 | Notice of Appearance |
| 8 | 02/07/2020 | Stipulation to Extend Deadline to Respond to Complaint |
| 9 | 02/07/2020 | [Proposed] Order on Deadline to Answer or Otherwise Respond to Complaint |
| 10 | 02/07/2020 | Notice of Appearance |
| 11 | 02/10/2020 | Notice of Appearance |
| 12 | 02/17/2020 | Order on Deadline to Answer or Otherwise Respond to Complaint |

1

| Docket No. | Date of Entry | Document Title |
|---|---|---|
| 13 | 03/09/2020 | Defendant's Notice of Motion and Motion to Dismiss for Lack of Capacity to be Sued and Failure to State a Claim Upon Which Relief Can Be Granted |
| 14 | 03/09/2020 | Brief in Support of Motion to Dismiss the Complaint |
| 15 | 03/09/2020 | Certified Articles of Merger – Exhibit 1 to Motion to Dismiss for Lack of Capacity to Be Sued and Failure to State a Claim Upon Which Relief Can Be Granted |
| 16 | 03/09/2020 | Notice of Hearing |
| 17 | 03/24/2020 | Scheduling Order [erroneously filed from an unrelated action] |
| 18 | 03/25/2020 | Scheduling Order |
| 19 | 04/01/2020 | Electronic Filing Notice |
| 20 | 04/01/2020 | Electronic Filing Notice |
| 21 | 04/01/2020 | Amended Summons and Amended Complaint |
| 22 | 04/13/2020 | [Proposed] Order on Deadline to Answer or Otherwise Respond to Amended Complaint |
| 23 | 04/13/2020 | Stipulation Regarding Waiver of Service and Deadline to Answer or Otherwise Respond to Amended Complaint |
| 24 | 04/13/2020 | Order on Deadline to Answer or Otherwise Respond to Amended Complaint |

Dated: April 30, 2020

                         QUARLES & BRADY LLP

By:   /s/ Matthew Splitek
       Matthew Splitek (SBN 1045592)
       Julia Wittman (SBN 1115063)
       Adam Prinsen (SBN 1090448)
       Quarles & Brady LLP
       33 East Main Street, Suite 900
       Madison, Wisconsin 53703
       (608) 283-2454
       matthew.splitek@quarles.com
       julia.wittman@quarles.com

adam.prinsen@quarles.com

*Attorneys for Mayo Clinic Ambulance (f/k/a Gold Cross Ambulance Service) and Gold Cross Ambulance, Inc.*

QB\630666.01070\62907176.1