IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BONITA BAUM,<br>individually and on behalf of a class of<br>others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>MAYO CLINIC AMBULANCE, et al.<br><br>   Defendants, | PUTATIVE CLASS ACTION<br>CASE NO.: 3:20-cv-0409-wmc |

## DECLARATION OF MATTHEW C. LEIN

Matthew C. Lein, being first duly sworn on oath, deposes and states as follows:

1. I am an attorney for Plaintiff and have personal knowledge of the facts set forth herein.

2. I submit this Declaration in support of my client's Motion to Certify a Class.

3. I am an attorney first licensed to practice law in 2011. I am currently admitted to practice before all courts in Wisconsin.

4. I am currently a member of Lein Law Offices located in Hayward, Wisconsin.

5. My practice includes representing injured people as well as consumers.

1

6. I have previously been appointed as class counsel in Shoemaker, Archie v. Bass & Moglowsky, S.C., (W.D. Wis.) (Appointment as Co-Lead Counsel Pending) and *Veness, David et al v. Heywood, Cari & Anderson*, S.C., 17-cv-00338 (W.D. Wis.) (Appointed Co-Lead Counsel).

6. My co-counsel and I have and will devote the resources necessary to pursue the claims in this action.

7. My co-counsel in this case are: Robert Welcenbach, an experienced trial lawyer practicing in Wisconsin since 1999 and who has been actively involved in the litigation of claims relating to personal injury and business matters and has been appointed as class counsel in several state cases; Scott Borison, who is also an experienced trial lawyer practicing since 1987 and who has been actively involved in the litigation of claims relating to consumers and has been appointed as class counsel in several state and federal cases; and J. Craig Jones, an experienced trial lawyer practicing in Louisiana since 1986 and who has been actively involved in the litigation of claims relating to personal injury and business matters and has been appointed as class counsel in several cases.

8. I have prosecuted jury trials and court trials as well as appeals to the Wisconsin Court of Appeals.

9. Neither I nor my co-counsel have any interests that would adversely affect any of us from acting as class counsel in this action.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 20, 2021.

/s/ Matthew C. Lein

2