

# INVOICE

**Welcenbach Law Offices, S.C.**

933 N. Mayfair Rd
Suite 311
Milwaukee, WI 53226

414-774-7330
robert@welcenbachlaw.com

BILL TO

Bonita Baum

| | |
|---|---|
| Invoice Number: | 70 |
| Invoice Date: | 4/28/2022 12:00:00 AM |
| Terms: | 30 |

| | |
|---|---|
| Due Date: | **5/28/2022** |
| Amount Due: | **$11,583.12** |
| Invoice Start Date: | |
| Invoice End Date: | |

## TIME

| Date | Description | Team Member | Code | Code 2 | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| 07/05/19 | Further draft of Summons and Complaint and prepare Exhibits A, B, and C; | Robert J. Welcenbach | | | 300.00 | 0.50 | 150.00 |
| 12/01/19 | Email x2 to/from client/counsel. | Robert J. Welcenbach | | | 300.00 | 0.10 | 30.00 |
| 12/05/19 | Email x2 to/from client/counsel. | Robert J. Welcenbach | | | 300.00 | 0.10 | 30.00 |
| 12/05/19 | Further draft of Summons and Complaint; | Robert J. Welcenbach | | | 300.00 | 0.20 | 60.00 |
| 12/15/19 | Email x5 to/from client/counsel. | Robert J. Welcenbach | | | 300.00 | 0.50 | 150.00 |
| 12/26/19 | Finalize and Upload Summons and Complaint; | Robert J. Welcenbach | | | 300.00 | 0.10 | 30.00 |
| 12/30/19 | Receipt and Review x2 Email to/from Court. | Robert J. Welcenbach | | | 300.00 | 0.10 | 30.00 |
| 01/04/20 | Draft of Discovery to Gold Cross; | Robert J. Welcenbach | | | 300.00 | 0.20 | 60.00 |

**EXHIBIT A**

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/08/20 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 02/06/20 | Email x4 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.20 | 60.00 |
| 02/07/20 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 02/10/20 | Receipt and Review x2 Email to/from Court. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 02/17/20 | Receipt and Review Stipulation and Order to extend deadline; | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 03/09/20 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 03/09/20 | Receipt and Review Brief in support of Motion to Dismiss Complaint and Motion to Dismiss; | Robert J. Welcenbach | 300.00 | 0.40 | 120.00 |
| 03/10/20 | Email x4 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.20 | 60.00 |
| 03/23/20 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 03/24/20 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 03/24/20 | Appearance via telephone for scheduling order conference; | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 03/25/20 | Receipt and Review Scheduling Order and Calendar Dates; | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 03/31/20 | Email x3 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 03/31/20 | Draft of Amended Complaint; | Robert J. Welcenbach | 300.00 | 0.80 | 240.00 |
| 03/31/20 | Draft of Summons and Complaint; | Robert J. Welcenbach | 300.00 | 0.20 | 60.00 |
| 04/01/20 | Email x3 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 04/01/20 | Further draft of Amended Complaint, Compile and Prepare Exhibits; | Robert J. Welcenbach | 300.00 | 0.50 | 150.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/01/20 | Finalize and Upload amended Summons and Complaint to Circuit Court; | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 04/02/20 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 04/10/20 | Email x3 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 04/13/20 | Receipt and Review Order re: Answer; | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 04/13/20 | Receipt and Review Stipulation from Efiling; | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 04/30/20 | Receipt and Review x6 Email to/from Court. | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 04/30/20 | Receipt and Review Notice of Removal and Removal documents; | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 04/30/20 | Review Declaration of Matthew Aberg, Review Disclosure Statement of Defendant, Review Motion to Confirm Extension of Deadlines; | Robert J. Welcenbach | 300.00 | 0.40 | 120.00 |
| 05/01/20 | Receipt and Review x4 Email to/from Court. | Robert J. Welcenbach | 300.00 | 0.20 | 60.00 |
| 05/01/20 | Receipt and Review of Notice of Assignment of Judge; | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 05/04/20 | Email x3 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 05/05/20 | Email x3 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 05/12/20 | Email x3 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 05/12/20 | Initial draft of Remand Motion; | Robert J. Welcenbach | 300.00 | 0.50 | 150.00 |
| 05/13/20 | Receipt and Review x1 Email to/from Court. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 05/13/20 | Finalize Motion for Remand; | Robert J. Welcenbach | 300.00 | 0.20 | 60.00 |
| 05/13/20 | Final draft of motion to remand to Efiling; | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/28/20 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.05 | 15.00 |
| 06/01/20 | Email x3 to/from client/counsel, Receipt and Review Notice of Motion and Motion to Dismiss, and Brief; | Robert J. Welcenbach | 300.00 | 0.40 | 120.00 |
| 06/02/20 | Email x12 to/from client/counsel, Receipt and Review x1 Email to/from Court. | Robert J. Welcenbach | 300.00 | 0.65 | 195.00 |
| 06/03/20 | Email x1 to/from client/counsel; Receipt and Review x1 Email to/from Court, Review Brief and Opposition to Motion of Remand; | Robert J. Welcenbach | 300.00 | 0.40 | 120.00 |
| 06/09/20 | Email x8 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.40 | 120.00 |
| 06/12/20 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.20 | 60.00 |
| 06/15/20 | Email x3 to/from client/counsel; Receipt and Review x1 Email to/from Court. | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 06/15/20 | Draft reply to Remand Motion; | Robert J. Welcenbach | 300.00 | 2.00 | 600.00 |
| 06/18/20 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 06/18/20 | Review of Motion, Brief and Opposition of Motion to Dismiss Amended Complaint; | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 06/19/20 | Email x3 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.15 | 45.00 |
| 06/20/20 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 06/20/20 | Draft of Initial Disclosures; | Robert J. Welcenbach | 300.00 | 0.20 | 60.00 |
| 06/21/20 | Email x5 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.25 | 75.00 |
| 06/21/20 | Initial draft of Rule 26 Report; | Robert J. Welcenbach | 300.00 | 0.20 | 60.00 |
| 06/22/20 | Email x1 to/from client/counsel, Finalize Brief Opposing Motion | Robert J. Welcenbach | 300.00 | 0.80 | 240.00 |

| | | | | | |
|---|---|---|---|---|---|
| | to Dismiss and upload to Efiling; | | | | |
| 06/23/20 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 06/25/20 | Finalize Affidavit for Motion of Pro Hac Vice; | Robert J. Welcenbach | 300.00 | 0.20 | 60.00 |
| 06/26/20 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 06/26/20 | Draft of Rule 26 report; | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 06/26/20 | File correspondence Motion for Pro Hac Vice Affidavit and Proposed Order and Final Drafts of same; | Robert J. Welcenbach | 300.00 | 0.40 | 120.00 |
| 06/30/20 | Email x1 to/from client/counsel, Final review and filing of Rule 26 Report; | Robert J. Welcenbach | 300.00 | 0.50 | 150.00 |
| 06/30/20 | Draft Rule 26 Report; | Robert J. Welcenbach | 300.00 | 0.50 | 150.00 |
| 07/01/20 | Receipt and Review x1 Email to/from Court. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 07/01/20 | Draft Notice of Appearance; | Robert J. Welcenbach | 300.00 | 0.20 | 60.00 |
| 07/01/20 | Receipt and Review Notice of Appearance; | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 07/02/20 | Receipt and Review x1 Email to/from Court. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 07/02/20 | Receipt and Review Reply Brief in Support of Motion to Dismiss; | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 07/07/20 | Email x1 to/from client/counsel; Receipt and Review x1 Email to/from Court. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 07/07/20 | Prepare for and attend Pretrial Conference; | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 07/09/20 | Receipt and Review x2 Email to/from Court. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 07/09/20 | Receipt and Review Pretrial Order and all calendar dates; | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/06/20 | Draft initial Disclosure Statement; | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 09/29/20 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 09/30/20 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 10/01/20 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 10/09/20 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 10/30/20 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 11/18/20 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 11/19/20 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 12/04/20 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 12/14/20 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 01/06/21 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 02/12/21 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 03/17/21 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 03/25/21 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 03/26/21 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 03/26/21 | Review initial Motion for Class Certification drafted by SCB; | Robert J. Welcenbach | 300.00 | 0.05 | 15.00 |
| 03/29/21 | Draft of leave to supplement the record with record request decision; | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 03/29/21 | Final draft and filing of Motion for Leave to Supplement, Motion to Dismiss with the | Robert J. Welcenbach | 300.00 | 0.40 | 120.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | Record Request Decision; | | | | |
| 04/05/21 | Draft of Bonita Baum Declaration; Receipt and Review of Bonita Baum Declaration; | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 04/07/21 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 04/07/21 | Receipt and Review Lien Declaration; | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 04/08/21 | Receipt and Review x8 Email to/from Court. | Robert J. Welcenbach | 300.00 | 0.40 | 120.00 |
| 04/08/21 | Final drafts of Class Cert Memo, Motion for Class Certification, Proposed Class Order, Robert Welcenbach Declaration, and Declaration of Scott Borrison; | Robert J. Welcenbach | 300.00 | 1.50 | 450.00 |
| 04/08/21 | Final draft and filing of Motion to Certify Class and Memo in Support of Motion and Declarations of Support; | Robert J. Welcenbach | 300.00 | 0.50 | 150.00 |
| 04/23/21 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 04/23/21 | Receipt and Calendar stipulated motion dates; | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 05/04/21 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 05/05/21 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 05/06/21 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 05/10/21 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 05/12/21 | Email x2 to/from client/counsel; Receipt and Review x2 Email to/from Court. | Robert J. Welcenbach | 300.00 | 0.20 | 60.00 |
| 05/12/21 | Draft of letter to the court re: Settlement; | Robert J. Welcenbach | 300.00 | 0.20 | 60.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/12/21 | Receipt and Review email, text order, and calendar of same; | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 05/26/21 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 06/15/21 | Email x4 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.20 | 60.00 |
| 06/15/21 | Draft Settlement Agreement, Preliminary Approval Order, Long Form Notice, Proposed Final Order; | Robert J. Welcenbach | 300.00 | 3.00 | 900.00 |
| 06/16/21 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 06/18/21 | Further edits to Preliminary Approval Order, Proposed Final Approval Order, Exhibit B, Long Form Notice, and Settlement Agreement; | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |
| 06/18/21 | Draft response to Motion to Dismiss; | Robert J. Welcenbach | 300.00 | 0.20 | 60.00 |
| 06/22/21 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 06/25/21 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 06/28/21 | Receipt and Review x1 Email to/from Court. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 06/28/21 | Draft correspondence to court and file same | Robert J. Welcenbach | 300.00 | 0.20 | 60.00 |
| 07/07/21 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.05 | 15.00 |
| 07/13/21 | Email x1 to/from client/counsel. Receipt and Review Edits from Attorney Splitek and Review of same | Robert J. Welcenbach | 300.00 | 0.40 | 120.00 |
| 07/20/21 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 07/21/21 | Draft further edits to Settlement Agreements; | Robert J. Welcenbach | 300.00 | 0.30 | 90.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/23/21 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 07/26/21 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 07/28/21 | Edits of Settlement Agreement and Long Form Notice; | Robert J. Welcenbach | 300.00 | 0.40 | 120.00 |
| 08/05/21 | Email x2 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 08/05/21 | Receipt and Review copy of all signed documents from Attorney Splitek and prepare for filing; | Robert J. Welcenbach | 300.00 | 0.40 | 120.00 |
| 08/17/21 | Further Draft of Motion for Preliminary Approval, Further Draft Preliminary Memo, Draft of Lien Declaration, Draft Declaration of Robert Welcenbach, Draft Declaration of Scott Borrison, Further Review of Settldment Agreement Exhibits A, B, and C for filing; | Robert J. Welcenbach | 300.00 | 1.50 | 450.00 |
| 08/22/21 | Email x1 to/from client/counsel. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 08/24/21 | Receipt and Review x1 Email to/from Court. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 08/27/21 | Further edits to Motion for Preliminary Approval, Memo, Draft Matthew Lien Declaration, Draft Declaration of Robert Welcenbach, Draft Declaration of Scott Borrison; | Robert J. Welcenbach | 300.00 | 0.80 | 240.00 |
| 08/27/21 | Final draft of motion to preliminarily certify a settlement class, memo and support, and attach all documents; | Robert J. Welcenbach | 300.00 | 0.60 | 180.00 |
| 09/01/21 | Receipt and Review x1 Email to/from Court. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |
| 02/03/22 | Receipt and Review x1 Email to/from Court. | Robert J. Welcenbach | 300.00 | 0.10 | 30.00 |

| Date | Description | Attorney | | Price | Qty | Total |
|---|---|---|---|---|---|---|
| 02/03/22 | Receipt and Review Opinion and Order, Calendar all dates, initial draft of changes pursuant to order; | Robert J. Welcenbach | | 300.00 | 0.40 | 120.00 |
| 02/10/22 | Email x1 to/from client/counsel; Receipt and Review x1 Email to/from Court. | Robert J. Welcenbach | | 300.00 | 0.10 | 30.00 |
| 02/11/22 | Receipt and Review x1 Email to/from Court. | Robert J. Welcenbach | | 300.00 | 0.10 | 30.00 |
| 02/14/22 | Email x1 to/from client/counsel. | Robert J. Welcenbach | | 300.00 | 0.10 | 30.00 |
| 02/15/22 | Email x1 to/from client/counsel. | Robert J. Welcenbach | | 300.00 | 0.10 | 30.00 |
| 02/15/22 | Edit to Class Notice per Court's Instruction; | Robert J. Welcenbach | | 300.00 | 0.20 | 60.00 |
| 02/16/22 | Email x1 to/from client/counsel. | Robert J. Welcenbach | | 300.00 | 0.10 | 30.00 |
| 02/18/22 | Phone call to Scott Borison. Email to Matt Splitek. Calendar all dates. | Robert J. Welcenbach | | 300.00 | 0.20 | 60.00 |
| 02/22/22 | Email x1 to/from client/counsel. | Robert J. Welcenbach | | 300.00 | 0.10 | 30.00 |
| 02/24/22 | Email x1 to/from client/counsel. | Robert J. Welcenbach | | 300.00 | 0.10 | 30.00 |

$11,280.00

## EXPENSES

| Date | Description | Code | Code 2 | Qty | Price | Unit | Total |
|---|---|---|---|---|---|---|---|
| 12/26/19 | Clerk Fee - Summons and Complaint | | | 1 | 285.50 | USD | 285.50 |
| 10/11/21 | AT&T TeleConference Svcs Inv. 110-009097 - Conf Call of 09/02/21 | | | 1 | 17.62 | USD | 17.62 |

$303.12

## FLAT FEE

| Date | Description | Code | Code 2 | Qty | Price | Unit | Total |
|---|---|---|---|---|---|---|---|

$0.00

| | |
|---|---:|
| Invoice Total: | $11,583.12 |
| Amount Paid: | ($0.00) |
| **Amount Due:** | **$11,583.12** |