Date: 04/26/2022

# Fee Entry List by Client
Lein Law Offices, LLP

Include Archive:          Yes

**168494.00    Baum/Bonita**
Baum v Gold Ambulance

| Ref # | BC | H/P | Date | Tmkr | Hrs to Bill | Amount | Description |
|---|---|---|---|---|---|---|---|
| 59 | | P | 04/25/2022 | 1 | 1.00 | 300.00 | Preparing Affidavit plus exhibits for Fees. |
| 43 | | P | 02/10/2022 | 4 | 0.30 | 90.00 | File request to reset hearing |
| 42 | | P | 08/04/2021 | 1 | 0.10 | 30.00 | Emailed signed signature page plus client's signed w-9 to Robert. |
| 41 | | P | 08/04/2021 | 1 | 0.10 | 30.00 | Signed signature page.  Scanned. |
| 40 | | P | 08/04/2021 | 1 | 0.20 | 60.00 | Called and reminded client to review and sign settlement agreement. |
| 39 | | P | 08/04/2021 | 1 | 0.10 | 30.00 | Read through signed W-9 and proof that client reviewed the settlement agreement we again discussed today. |
| 38 | | P | 08/03/2021 | 1 | 0.20 | 60.00 | Discussed settlement agreement with client.  Was told that she would sign it. |
| 37 | | P | 07/29/2021 | 1 | 0.50 | 150.00 | Read through settlement agreement. |
| 36 | | P | 07/29/2021 | 1 | 0.20 | 60.00 | Read email with settlement agreement from Robert. |
| 35 | | P | 07/29/2021 | 1 | 0.30 | 90.00 | Called client to review settlement agreement.  Talked to client's daughter who said she would forward it to her mother. |
| 27 | | P | 04/22/2021 | 4 | 0.10 | 30.00 | Reviewed email on stip for time |
| 26 | | P | 04/22/2021 | 4 | 0.10 | 30.00 | Reviewed email for extension of time. |
| 58 | | P | 04/08/2021 | 1 | 0.10 | 30.00 | Saw ECF motion to certify. |
| 25 | | P | 04/08/2021 | 4 | 0.10 | 30.00 | Reviewed email of brief in support |
| 24 | | P | 04/08/2021 | 4 | 0.10 | 30.00 | Reviewed Declaration email from Scott Borison |
| 23 | | P | 04/08/2021 | 4 | 0.10 | 30.00 | Reviewed email from court |
| 22 | | P | 04/08/2021 | 4 | 0.10 | 30.00 | Reviewed email from court on Bonita filing |
| 21 | | P | 04/08/2021 | 4 | 0.10 | 30.00 | Reviewed email on declaration by Welcenbach |
| 20 | | P | 04/08/2021 | 4 | 0.10 | 30.00 | Reviewed email of exhibit |
| 19 | | P | 04/08/2021 | 4 | 0.10 | 30.00 | Reviewed email for motion to certify class under Rule 23 |
| 18 | | P | 04/08/2021 | 4 | 0.10 | 30.00 | Brief in reply  due date email |
| 17 | | P | 04/08/2021 | 4 | 0.10 | 30.00 | Reviewed meeting email and time |
| 31 | | P | 04/07/2021 | 4 | 0.10 | 30.00 | Reviewed email on brief in reply due date |
| 30 | | P | 04/07/2021 | 4 | 0.10 | 30.00 | Reviewed brief in support email fro court |
| 29 | | P | 04/07/2021 | 4 | 0.10 | 30.00 | Reviewed email on dec from plaintiff |
| 28 | | P | 04/07/2021 | 4 | 0.10 | 30.00 | Reviewed email on Motion to certify class |
| 11 | | P | 04/05/2021 | 1 | 0.40 | 120.00 | Fixed my declaration.  Signed and sent to Bob. |
| 10 | | P | 04/05/2021 | 1 | 0.20 | 60.00 | Called client to have declaration signed.  Spoke to client and daughter. Daughter will help Bonita sign and return to me via email. |
| 9 | | P | 04/05/2021 | 1 | 0.40 | 120.00 | Drafted Baum declaration in support of class cert. |
| 33 | | P | 03/28/2021 | 4 | 0.00 | 0.00 | Professional Services |
| 32 | | P | 03/28/2021 | 4 | 0.10 | 30.00 | REviewed brief in opposition email |
| 8 | | P | 03/26/2021 | 1 | 0.50 | 150.00 | Conference call with Scott and Robert discussing settlement offer. |
| 16 | | P | 03/19/2021 | 4 | 0.10 | 30.00 | REviewed email from Welcenbach |
| 15 | | P | 03/19/2021 | 4 | 0.10 | 30.00 | Sent email to Welcenbach on progress |
| 14 | | P | 11/18/2020 | 4 | 0.10 | 30.00 | Emailed Scott and Welcenbach regarding Discovery. |
| 13 | | P | 09/30/2020 | 4 | 0.10 | 30.00 | Returned email to Scott and Matthew |
| 12 | | P | 09/29/2020 | 4 | 0.10 | 30.00 | Reviewed email from  Matthew Splitek |
| 57 | | P | 07/09/2020 | 1 | 0.50 | 150.00 | Read through standard discovery order. |
| 56 | | P | 07/02/2020 | 1 | 0.40 | 120.00 | Skimmed reply to MTD. |
| 55 | | P | 06/30/2020 | 1 | 0.10 | 30.00 | ECF email rule 26 meeting. |



| Ref # | BC | H/P | Date | Tmkr | Hrs to Bill | Amount | Description |
|---|---|---|---|---|---|---|---|
| 6 | | P | 06/08/2020 | 1 | 6.00 | 1,800.00 | Researching and drafting brief in opposition to motion to dismiss. Drafting and citing statement of facts. Reviewing record re same. Drafting standard on motion to dismiss. Drafting argument that claims are within 6 year SOL (Wis. Stat. § 991.07). Reviewed relevant statutes from 2015. Reviewed Erdman v. Jovoco, Inc, also South Milwaukee Savings Bank v. Barczak, Kimble v. Land Concepts, Inc. re same. Drafting argument re unjust enrichment claim. Research re same (Tri-State Mech., Inc. v. Northland Coll., Erickson v. Pardus, Richards v. Mitcheff. Drafting argument that Baum has met standards of unjust enrichment. Drafting argument re common law vs statutory remedies. Drafting voluntary payment doctrine. Research see same (MBS-Certified Pub. Accountants, LLC v. Wis. Bell, Inc., Moya v. Aurora Healthcare, Inc., Putnam v. Time Warner Cable of S.E. Wisconsin, Ltd. P'ship., Butcher v. Ameritech Corp.) Drafting argument re claim for conversion. Research re elements. (H.A. Friend & Co. v. Prof'l Stationary, Inc., Erickson, Richards, Putnam v. Time Warner Cable of Se. Wis., Ltd., P'ship). Drafting argument re violation of Wis. Stat. 100.18. Research re same (Malzewski v. Rapkin). Drafting argument re dismissal of Gold Cross Ambulance. Reviewed complaint, answer, and previous motion to dismiss re status of parties. |
| 7 | | P | 06/05/2020 | 1 | 1.00 | 300.00 | Reviewed Motion to dismiss, began to frame out opposition to same. |
| 54 | | P | 06/03/2020 | 1 | 0.30 | 90.00 | Read through opposition to remand filed. |
| 53 | | P | 06/01/2020 | 1 | 0.50 | 150.00 | Read through MTD. |
| 52 | | P | 05/13/2020 | 1 | 0.10 | 30.00 | Saw that motion to remand filed. |
| 5 | | P | 05/12/2020 | 1 | 0.50 | 150.00 | Looked over materials to file.  Fixed and signed affidavit.  Sent to Robert to file. |
| 51 | | P | 05/01/2020 | 1 | 0.10 | 30.00 | Saw that extension of time to respond granted. |
| 50 | | P | 05/01/2020 | 1 | 0.10 | 30.00 | Saw that case was assigned to William Conley. |
| 49 | | P | 04/30/2020 | 1 | 0.30 | 90.00 | Read Motion for Extension of Time to File Answer by Defendants Gold Cross Ambulance, Inc., Mayo Clinic Ambulance. |
| 48 | | P | 04/30/2020 | 1 | 0.10 | 30.00 | Reviewed Corp Disclosure - Gold Cross |
| 47 | | P | 04/30/2020 | 1 | 0.10 | 30.00 | Reviewed corporate disclosure - Mayo Clinic. |
| 46 | | P | 04/30/2020 | 1 | 0.10 | 30.00 | Reviewed record from EC county. |
| 45 | | P | 04/30/2020 | 1 | 0.10 | 30.00 | Reviewed declaration of Matthew Ahlberg. |
| 44 | | P | 04/30/2020 | 1 | 0.10 | 30.00 | Reviewed notice of removal. |
| 2 | | P | 12/26/2019 | 4 | 0.10 | 30.00 | Review signed fee agreement |
| 4 | | P | 12/18/2019 | 1 | 2.10 | 630.00 | Drove to and from client's home because she could not travel.  Reviewed complaint with her.  Had her sign fee agreement. |
| 3 | | P | 12/05/2019 | 1 | 1.90 | 570.00 | Drafted summons and complaint. |
| | | | **Billable** | | 21.20 | 6,360.00 | |
| | | | **Non-Billable** | | 0.00 | 0.00 | |
| | | | **Total** | | 21.20 | 6,360.00 | |