*MATTHEW C. LEIN*

Lawyer - Curriculum Vitae

Lein Law Offices, LLP, 15692 Hwy 63 North, Hayward, WI 54843

(715) 634-4273 Office - (715) 634-5051 Facsimile

mlein@leinlawoffices.com  -  www.leinlawoffices.com

## *Current as of November 28, 2021*

### *Professional Experience*

- 2011 to Present – Partner at Lein Law Offices, LLP, a law firm practicing in consumer protection, workers compensation, personal injury, bankruptcy and social security with an emphasis on litigation.

### *Practice Areas*

- Fair Debt Collection Practices Act, Telephone Consumer Protection Act, Car Repossessions, Workers Compensation, Personal Injury, Bankruptcy and Social Security

### *Bar Admissions*

- October 16, 2016 – United States Supreme Court, Washington, D.C.
- December 4, 2015 – Seventh Circuit Court of Appeals, Chicago, IL
- May 23, 2011 – Attorney, State of Wisconsin
- June 3, 2011 – United States District Court Western District of Wisconsin
- June 3, 2011 – Bankruptcy Court for the Western District of Wisconsin
- June 8, 2011 – Bankruptcy Court for the Eastern District of Wisconsin
- June 8, 2011 – United States District Court Eastern District of Wisconsin
- Fall 2010 – Spring 2011 – Certified Student Attorney, State of Wisconsin

### *Education*

- 2011 – Juris Doctor, Marquette University Law School, Milwaukee, Wisconsin.
- 2007 – Business Administration, University of Wisconsin, Madison, Wisconsin

### *Memberships and Associations*

- 2011 – Wisconsin Association for Justice
- 2011 – Wisconsin Association of Workmen's Compensation Attorneys.
- 2011 – Wisconsin State Bar Association
- 2011 – Present – Tri-County Bar Association – President (Approx. 2 years)
- 2016 – National Association of Consumer Advocates
- 2012 – Present – State Bar of Wisconsin - Bankruptcy, Insolvency, a & Creditors' Rights
- 2018-Present – State Bar of Wisconsin – Litigation Section Board Member



PLAINTIFF'S
EXHIBIT

2

## *Significant Litigation*

- August 7, 2019 - Ashland County Case Number 2017CV000018 *Kevin Evensen et al vs. Heights Finance Corporation et al* which resulted in resulted in a jury verdict **in excess of $319,000.00 including $300,000.00 in punitive damages in favor of the Plaintiffs** for the unlawful repossession of a consumer's vehicle.
- October 17, 2017 – Reversed on all counts concerning issues of chain of title, reasonable commercial value and statute of limitations*, Gemini Capital Grp., LLC v. Jones*, 2017 WI App 77, 378 Wis. 2d 614, 904 N.W.2d 131, (Wis. Ct. App. 2017)– **This is the seminal published decision on a number issues regarding debt collection in Wisconsin**.
- July 21, 2016 – Defeated Motion to Dismiss. *Green v. Specialized Loan Servicing, LLC*, No. 15-CV-513-JDP, 2016 WL 3963255, at *1 (W.D. Wis. July 21, 2016)
- July 5, 2017 – Defeated Motion to Dismiss. *Bjerke v. Messerli & Kramer, P.A.*, No. 16-CV-748-BBC, 2017 WL 2869957, at *6 (W.D. Wis. July 5, 2017)
- January 26, 2016 – Appealed and remanded circuit court determination as to scope of easement. *Joles v. Sciascia*, 2016 WI App 18, ¶ 1, 367 Wis. 2d 349, 876 N.W.2d 178 (WI App. 2016) (Unpublished)
- October 23, 2018 - Eau Claire County Case Number 2017CV000014 *Alexandre Ndiaye vs. Kenneth Green et al* which resulted in a **$52,122.22** jury verdict in favor of the Plaintiff for negligence of the landlord.
- August 6, 2021 – Defeated Motion to Dismiss. *WD of Wisconsin, 21-cv-00006 | Wysocki, Edward et al v. Superior Refining Company LLC*

## *Class Action Litigation*

- *Hogen, Elise et al v. Professional Service Bureaus, Inc. et al*, 16-cv-00602 (W.D. Wis.)
- *Hogen, Todd et al v. Royal Credit Union*, 19-cv-00666 (W.D. Wis.)
- *Veness, David et al v. Heywood, Cari & Anderson*, S.C., 17-cv-00338 (W.D. Wis.) (Appointed Co-Lead Counsel)
- *Jewell, Maurice v. HSN, Inc.*, 19-cv-00247 (W.D. Wis.) (Appointed Co-Lead Counsel)
- *Herrmann, Paul et al v. Certified Recovery, Inc.*, 16-cv-00247 (W.D. Wis.)
- *Herrmann, Paul et al v. Resource Management, Inc. of Wisconsin*, 16-cv-00247 (W.D. Wis.)
- *Ewert, Lance v. Northland Group, LLC*, 17-cv-00891 (W.D. Wis.)
- *Shoemaker, Archie v. Bass & Moglowsky, S.C.*, 19-cv-00316 (W.D. Wis.) (Appointment as Co-Lead Counsel)
- *Matthias, Robin v. Tate & Kirklin Associates, Inc. et al*, 19-cv-00182 (W.D. Wis.)
- *Perlich, Jamie v. Darnieder & Sosnay*, 19-cv-00352 (W.D. Wis.)
- *Baum, Bonita v. Mayo Clinic Ambulance et al*, 20-cv-00409 (W.D. Wis.)
- *Wheeler, Amanda v. Cavalry SPV I, LLC*, 20-cv01055 (W.D. Wis.)
- *Kastern, Amber v. Financial Recovery Services, Inc.*, 21-cv-00273 (W.D. Wis.)
- *Campbell, Deeanna v. Alltran Financial, LP*, 21-cv-00288 (W.D. Wis.)
- *Campbell, Deeanna v. National Enterprise Systems, Inc.*, 21-cv-00287 (W.D. Wis.)

- *Clark Nabozny, Mary v. Optio Solutions LLC,* 21-cv-00297 (W.D. Wis.)
- *Milwaukee County Case Number 2020CV003979 Larrisa M Sloan vs. Marine Credit Union*
- *Sawyer County Case Number 2020CV000044 Steven Carson vs. Portfolio Recovery Associates LLC*

### *District Court Litigation (Selected Cases)*

- *Bjerke, Peter v. Messerli & Kramer, P.A.*, 3:16-cv-00748 (W.D. Wis.)
- *Brackmann, Kenneth v. Tri-State Adjustments, Inc.*, 16-cv-00686 (W.D. Wis.)
- *Brager, Lynn v. Midland Credit Management Inc*, 16-cv-00686 (W.D. Wis.)
- *Collier, Daniel v. Commonwealth Financial Systems, Inc. et al*, 16-cv-00464 (W.D. Wis.)
- *Ellias, Sara v. Berryhill, Nancy*, 16-cv-00576 (W.D. Wis.)
- *Ford, Kim v. Riverview Law Office, PLLC*, 16-cv-00621 (W.D. Wis.) (W.D. Wis.)
- *Green, Curtis v. Specialized Loan Services, LLC et al*, 15-cv-00513 (W.D. Wis.)
- *Hammond, Glen v. Colvin, Carolyn*,16-cv-00513 (W.D. Wis.)
- *Herrmann, Paul et al v. Certified Recovery, Inc.*, 16-cv-00247 (W.D. Wis.)
- *Herrmann, Paul et al v. Resource Management, Inc. of Wisconsin*, 16-cv-00247 (W.D. Wis.)
- *Hogen, Elise et al v. Professional Service Bureaus, Inc. et al*, 16-cv-00602 (W.D. Wis.)
- *Inhoff, Gary et al v. Enhanced Recovery Company, LLC et al*, 16-cv-00818 (W.D. Wis.)
- *Inhoff, Gary et al v. Caliber Home Loans, Inc. et al*, 18-cv-01032 (W.D. Wis.)
- *Melton, Tammy v. Berryhill, Nancy*, 17-cv-00244 (W.D. Wis.)
- *Moore, William v. Berryhill, Nancy*, 17-cv-00021 (W.D. Wis.)
- *Reed, Joseph v. Berryhill,* Nancy, 18-cv-00135 (W.D. Wis.)
- *Neubauer, James et al v. Green Tree Servicing, LLC*, 15-cv-00605 (W.D. Wis.)
- *Neubauer, James et al v. Resurgent Capital Services Limited Partnership et al*, 16-cv-00140 (W.D. Wis.)
- *Neubauer, James et al v. The Stark Collection Agency, Inc.*, 15-cv-00606 (W.D. Wis.)
- *Norquist, Gay v. Allianceone Receivables Management Inc.*, 16-cv-00623 (W.D. Wis.)
- *Quast, Kelly v. Bank of America, N.A.* et al, 17-cv-00392 (W.D. Wis.)
- *Retzloff, Scott v. Colvin, Carolyn*, 14-cv-00765 (W.D. Wis.)
- *Setser, Carl et al v. Crown Asset Management LLC et al*, 16-cv-00456 (W.D. Wis.)
- *Sivula, Marc et al v. ARS National Services, Inc. et al*, 17-cv-00143 (W.D. Wis.)
- *Sivula, Marc et al v. Capital One Bank (USA) National Association et al*, 17-cv-00166 (W.D. Wis.)
- *Sivula, Marc et al v. Comenity Bank et al*, 17-cv-00141 (W.D. Wis.)
- *Sivula, Marc et al v. Phillips & Cohen, Ltd. et al*, 17-cv-00168 (W.D. Wis.)
- *Sivula, Marc et al v. Progressive Financial Services, Inc. et al*, 17-cv-00142 (W.D. Wis.)
- *Sivula, Marc et al v. Synchrony Bank et al*, 17-cv-00167 (W.D. Wis.)

- *Sivula, Marc et al v. Van Ru Corporation et al*, 17-cv-00144 (W.D. Wis.)
- *Stensland, Joseph v. American Coradius International LLC et al*, 16-cv-00082 (W.D. Wis.)
- *Stensland, Joseph v. MRS BPO LLC et al*, 16-cv-00081 (W.D. Wis.)
- *Stensland, Joseph v. Northland Group, Inc*, 15-cv-00566 (W.D. Wis.)
- *Stone, Matthew et al v. Planet Home Lending LLC*, 16-cv-00242 (W.D. Wis.)
- *Veness, David et al v. Heywood, Cari & Anderson*, S.C., 17-cv-00338 (W.D. Wis.)
- *Warren, Donald et al v. State Collection Service, Inc.*, 16-cv-00560 (W.D. Wis.)
- *Zenisek, Pamela v. Alliance Collection Agencies, Inc.*, 15-cv-00467 (W.D. Wis.)
- *Ewert, Lance v. Northland Group, LLC*, 17-cv-00891 (W.D. Wis.)
- *Dahl, Judy v. Kohn Law Firm S.C.*, 18-cv-00753 (W.D. Wis.)
- *Dahl, Judy v. Crown Asset Management*, 18-cv-00481 (W.D. Wis.)
- *Wheeler, Amanda v. Absolute Resolutions Investments, LLC et al*, 19-cv-00016 (W.D. Wis.)
- *Kaseno, George et al v. Midland Credit Management, Inc.*, 19-cv-00653 (W.D. Wis.)
- *Kastern, Amber v. Portfolio Recovery Associates, LLC*, 19-cv-00655 (W.D. Wis.)
- *Boardman, Craig v. National Credit Adjusters, LLC*, 19-cv-00835 (W.D. Wis.)
- *Perlich, Jamie v. The Receivable Management Services, LLC*, 19-cv-00836 (W.D. Wis.)
- *Mosay, Nicole v. Enhanced Recovery Company LLC*, 19-cv-00838 (W.D. Wis.)
- *Marucha, Lakota v. Americollect, Inc.*, 19-cv-00839 (W.D. Wis.)
- *Zimmer, John v. Central Collection Corp.*, 19-cv-00842 (W.D. Wis.)
- *Anderson, Derek v. Fair Collections & Outsourcing of New England, Inc.*, 19-cv-00843 (W.D. Wis.)
- *Nault, Tina v. Alliance Collection Agencies, Inc.*, 19-cv-00855 (W.D. Wis.)

### *Bankruptcy Court Litigation*

- *Deerpath Group, LLC et al and Mattson*, 18-ap-04019 (D. Minn. Bk.)
- *Caliguri et al v. Parsons*, 15-ap-00067 (W.D. Wis. Bk.)
- *Fransway v. Resource Management Inc of Wisconsin*, 15-ap-00035 (W.D. Wis. Bk.)
- *Stensland v. ACS et al*, 14-ap-00078 (W.D. Wis. Bk.)
- *Taber, Jr. et al v. Taber, Sr. et al*, 18-ap-00034 (W.D. Wis. Bk.)

### *Published Case*

- *Gemini Capital Grp., LLC v. Jones*, 2017 WI App 77, 378 Wis. 2d 614, 904 N.W.2d 131, (Wis. Ct. App. 2017)

### *Publications*

- June 20, 2015 – Published "Dark Horse Bidding? Process. Valuation. Costs. Risks.", Consumer Credit Collector Advisor, Vol. 10, Issue 3

- Matthew C. Lein, Dark Horse Bidding? Process. Valuation. Costs. Risks, Inforuptcy Blog (June 20, 2015), https://www.inforuptcy.com/dark-horse-bidding-process-valuation-costs-risks
- 2008 – Present – Creation, publication and maintenance of all content on *https://www.leinlawoffices.com/blog/*
- State Bar of Wisconsin, Consequences of Misclassifying Workers as Independent Contractors (July 17, 2019), https://www.wisbar.org/NewsPublications/InsideTrack/Pages/Article.aspx?Volume=11&Issue=12&ArticleID=27097
- State Bar of Wisconsin, Occupational Injuries in Distribution Centers (March 26, 2020), https://www.wisbar.org/NewsPublications/Pages/General-Article.aspx?ArticleID=27593
- State Bar of Wisconsin, Splitting Awards in Third-party Negligence Claims (April 23, 2021), https://www.wisbar.org/NewsPublications/Pages/General-Article.aspx?ArticleID=28364
- State Bar of Wisconsin, Splitting Awards in Third-party Negligence Claims (April 23, 2021), https://www.wisbar.org/NewsPublications/Pages/General-Article.aspx?ArticleID=28364

### *Media Appearances*

- HSN Collection Robocall Class Action Stays Out of Arbitration (November 8, 2019), https://news.bloomberglaw.com/class-action/hsn-collection-robocall-class-action-stays-out-of-arbitration
- Sawyer County Record, Man Wins Court Battle With Collection Firm (October 28, 2017), http://www.apg-wi.com/sawyer_county_record/paywall/hayward-man-wins-court-battle-with-collection-firm/article_ba371ce0-b991-11e7-bdf4-2fe0665ec9fa.html
- State Bar of Wisconsin, Lender Transfers Insufficient to Show Ownership of Auto Loan Debt (October 17, 2017), https://www.wisbar.org/NewsPublications/InsideTrack/Pages/Article.aspx?Volume=9&Issue=20&ArticleID=25930
- Duluth News Tribune, Husky requiring liability waivers for refinery fire injuries (May 4, 2018), http://www.duluthnewstribune.com/news/4441505-husky-requiring-liability-waivers-refinery-fire-injuries
- Lein Law Offices: Lies Lead To Unlawful Judgment Against Hayward Woman (February 26, 2019), https://drydenwire.com/news/lies-lead-to-unlawful-judgment-against-hayward-woman/
- $300,000 Plus Awarded Against Multimillion Dollar Heights Finance (October 23, 2019), https://drydenwire.com/news/300-000-plus-awarded-against-multimillion-dollar-heights-finance/
- Wisconsin Lose Millions Due To Employer Payroll Fraud (December 11, 2020), https://www.wearegreenbay.com/news/local-news/wisconsin-lose-millions-due-to-employer-payroll-fraud/
- $933.00 a Class Member Settlement?!—TCPA Class Settlement Sees Huge per-Class Member Recovery With No Claim Needed (February 11, 2020), https://tcpaworld.com/2020/02/11/933-00-a-class-member-settlement-tcpa-class-settlement-sees-huge-per-class-member-recovery-with-no-claim-needed/
- Devastating Husky Energy Oil Refinery Explosion Injures 11 In Superior, Wisconsin (April 27, 2018), http://www.lawfirmnewswire.com/wp-content/uploads/wp-post-to-pdf-

cache/1/devastating-husky-energy-oil-refinery-explosion-injures-11-in-superior-wisconsin.pdf

## *Teaching Engagements*

- National Association of Consumer Attorneys, How to Prepare for your First TCPA Deposition (August 2, 2018), The webinar discussed step-by-step methods for addressing how to prepare for the inevitable depositions and further discussed how to prepare a client and attorney. This training focused on providing new and seasoned attorneys for depositions in the TCPA context in both individual and class case contexts.
- Wisconsin Association of Worker's Compensation Attorneys, Ethics Update: What Are The Boundaries Of An Attorney Representing Himself? Himself And His Client? (February 14, 2019), The in-person seminar discussed the implications of SCR 20:3.7 with respect to attorneys representing themselves and privately owned organizations with which the attorneys are members in litigation.
- Marquette Volunteer Legal Clinics: February 2021 Brown Bag CLE - Consumer Law in Wisconsin. Co-Presented on various topics including the Fair Debt Collections Practices Act (FDCPA), Fair Credit Reporting Act (FCRA), and the Wisconsin Consumer Act (WCA).
- Marquette Volunteer Legal Clinics: November 2021 Brown Bag CLE - Consumer Law in Wisconsin. Co-Presented on various topics including Civil Theft and ATCP Home Improvement Claims.

## *Personal*

- Born 1984 in Hayward, Wisconsin.

## *Professional References*

- Attorney Curtiss Lein (35 years)
  University of North Dakota College of Law, Grand Forks, North Dakota
  (715) 634-4273

- Attorney Susan Lein (35 years)
  University of North Dakota College of Law, Grand Forks, North Dakota
  (715) 634-4273

- Attorney Michael Hilicki (3 years)
  University of Iowa College of Law, Iowa City, Iowa
  (866) 726-1092

- Hon. Angeline Winton (6 years)
  Mitchell Hamline School of Law (fka William Mitchell College of Law), St. Paul, Minnesota
  (715) 468-4670

- Attorney Nathan DeLadurantey (5 years)
  Oak Brook College of Law, Fresno, CA
  (414) 755-0860

## Wisconsin State Court Cases (Through September 2018)

| County Number | Case Number | Case Status | Party Name | Party Type |
|---|---|---|---|---|
| 2 | 2010CV000056 | CL | LEVELIUS,JERE | DE |
| 2 | 2010CV000056 | CL | SECONDSTREETBISTROLLC | GD |
| 2 | 2011SC000216 | CL | PETERSON,NICOLASL | DE |
| 2 | 2011SC000219 | CL | BERNHOFT,WILLIAMJ | DE |
| 2 | 2014CV000097 | CL | PETERSON,NICOLAS | DE |
| 2 | 2014CV000110 | CL | ANDERSON,LAWRENCED | PE |
| 2 | 2015CT000016 | CL | WEEKS,RANDYJ | DE |
| 2 | 2015SC000284 | CL | MARENO,AMYJ | DE |
| 2 | 2015TR001271 | CL | WARREN,BRENTM | DE |
| 2 | 2016SC000025 | CL | MARENO,AMY | DE |
| 2 | 2018CM000104 | OP | HERZOG,DOUGLASWILLARD | DE |
| 3 | 2010SC000100 | CL | SWAGGER,RUSSELLSR | DE |
| 3 | 2011CF000247 | CL | RATAJ,SCOTTA | DE |
| 3 | 2011CM000232 | CL | DAMON,CLARKEL | DE |
| 3 | 2011SC000216 | CL | GOLDEN,LUKES | DE |
| 3 | 2012CM00 | CL | PREMO,PATRICIAA | DE |

| | 0210 | | | |
|---|---|---|---|---|
| 3 | 2012SC001185 | CL | MARSHFIELDCLINIC | PL |
| 3 | 2012TR002881 | CL | WELLS,LEONARDC | DE |
| 3 | 2012TR002882 | CL | WELLS,LEONARDC | DE |
| 3 | 2012TR002883 | CL | WELLS,LEONARDC | DE |
| 3 | 2012TR002884 | CL | WELLS,LEONARDC | DE |
| 3 | 2012TR002885 | CL | WELLS,LEONARDC | DE |
| 3 | 2013CV000284 | CL | AVERILL,KORYK | PE |
| 3 | 2013CV000458 | CL | RIHN,TONYJ | DE |
| 3 | 2013SC001011 | CL | LAKEVIEWMEDICALCENTER | PL |
| 3 | 2014CV000098 | CL | MILLER,AUDREY | JP |
| 3 | 2014CV000098 | CL | MILLER,RAYMONDC | JP |
| 3 | 2014CV000201 | CL | MANECKE,LANCEWMANDHEATHERM | PE |
| 3 | 2014CV000226 | CL | ANDERSON,CHARLES | PE |
| 3 | 2014CV000236 | CL | WADE,VINCENTS | PE |
| 3 | 2014CV000249 | CL | JOHNSON,KURTJ | PE |
| 3 | 2014CV000279 | CL | RADTKE,TRAVIS | PE |
| 3 | 2014CV000298 | CL | HEATH,HANNAHM | PE |
| 3 | 2014CV000 | CL | LAURITSEN,MARLYSA | PE |

| | 304 | | | |
|---|---|---|---|---|
| 3 | 2014CV000 365 | CL | HANSON,FRANCISP | PE |
| 3 | 2014SC000 321 | CL | CAPITALONEBANKUSANA | PL |
| 3 | 2014SC000 347 | CL | PORTFOLIORECOVERYASSOCIATESLLCASSIGNEEO FGECAPITALRET | PL |
| 3 | 2014TR002 495 | CL | HRDLICKA,GEORGEE | DE |
| 3 | 2014TR002 496 | CL | HRDLICKA,GEORGEE | DE |
| 3 | 2015CV000 005 | CL | SINCLAIR,JODIL | PE |
| 3 | 2015CV000 035 | CL | DOWNEY,CHRISTINEM | PE |
| 3 | 2015CV000 053 | CL | RADTKE,TRAVIS | PL |
| 3 | 2015CV000 176 | CL | HOGEN,ELISEC | PE |
| 3 | 2015CV000 176 | CL | HOGEN,TODDT | PE |
| 3 | 2015CV000 388 | CL | SINCLAIR,JODIL | PE |
| 3 | 2016CV000 295 | CL | JOHNSON,KURTJ | PE |
| 3 | 2016CV000 327 | CL | MOULLET,RANDY | PL |
| 3 | 2016CV000 330 | CL | FOGARTY,JAMESP | PE |
| 3 | 2016CV000 347 | CL | BJERKE,PETER | PE |
| 3 | 2017CV000 163 | CL | HAYDEN,JILL | PL |
| 3 | 2017CV000 163 | CL | HAYDEN,KENNETH | PL |
| 3 | 2018CV000 | CL | QUICKHANSON,KELLY | PE |

| | 189 | | | |
|---|---|---|---|---|
| 3 | 2018CV000 250 | OP | LUNDBERG,MARKE | PE |
| 3 | 2018PR000 024 | OP | SCRIBNER,SCOTTW | SA |
| 3 | 2018PR000 024 | OP | SCRIBNER,SHARIL | OT |
| 4 | 2004SC000 111 | CL | SCHAFFER,DALE | DE |
| 4 | 2006SC000 087 | CL | KOLWITZ,SUSANA | PL |
| 4 | 2011CV000 164 | CL | ROCKENBACH,CATHERINE | DE |
| 4 | 2011SC000 074 | CL | PIPER,JEFFREY | DE |
| 4 | 2012CV000 038 | CL | JORDAHL,DARRINM | DE |
| 4 | 2012TJ0000 11 | FL | OLSON,DEBRA | DB |
| 4 | 2013CV000 021 | CL | GERMAN,JOHNG | DE |
| 4 | 2013CV000 180 | CL | FULLER,JOHNB | PL |
| 4 | 2013CV000 180 | CL | FULLER,THERESEL | PL |
| 4 | 2014CV000 019 | CL | JARDINE,DEREKW | PE |
| 4 | 2014CV000 038 | CL | HARVEY,DANIELS | PE |
| 4 | 2014CV000 095 | CL | MATTSON,CHRISTINEL | PE |
| 4 | 2014CV000 095 | CL | MATTSON,JOHNC | PE |
| 4 | 2015CV000 042 | CL | KERR,CHRIS | PE |
| 4 | 2015CV000 | CL | SCHULTZ,MALISSAK | PE |

| | | | | |
|---|---|---|---|---|
| | 070 | | | |
| 4 | 2016CF000112 | CL | BURMEISTER,KENNETHB | DE |
| 4 | 2017CV000024 | CL | KELLYFNAWHITEHEAD,ABBEYJO | PE |
| 4 | 2018CT000006 | OP | RUBERG,BRENTA | DE |
| 4 | 2018CV000023 | CL | FOLLIS,KATHLEENA | PE |
| 4 | 2018CV000031 | CL | BORCHERS,RONALD | PE |
| 7 | 2007CF000103 | CL | MCGESHICK,JOSEPHR | DE |
| 7 | 2011CV000180 | CL | VOYAGERVILLAGEPROPERTYOWNERSASSOCIATION,INC | PL |
| 7 | 2011CV000181 | CL | VOYAGERVILLAGEPROPERTYOWNERSASSOCIATION,INC | PL |
| 7 | 2011SC000197 | CL | VOYAGERVILLAGEPOAINC | PL |
| 7 | 2011SC000198 | CL | VOYAGERVILLAGEPOAINC | PL |
| 7 | 2011SC000199 | CL | VOYAGERVILLAGEPOAINC | PL |
| 7 | 2011SC000200 | CL | VOYAGERVILLAGEPOAINC | PL |
| 7 | 2011SC000201 | CL | VOYAGERVILLAGEPOAINC | PL |
| 7 | 2012CM000069 | CL | GIVENS,RYANCHARLES | DE |
| 7 | 2012CT000030 | CL | DAVIS,ROBERTSTEWART | DE |
| 7 | 2013CV000232 | CL | BOWEN,MARTHAR | PE |
| 7 | 2014CV000037 | CL | JORGENSEN,LINDA | PE |
| 9 | 2006SC000 | CL | FRANSWAY,JAY | DE |

| | 657 | | | |
|---|---|---|---|---|
| 9 | 2006SC001078 | CL | FRANSWAY,JAYW | DE |
| 9 | 2008FA000295 | CL | FRANSWAY,JAYW | RE |
| 9 | 2008SC000270 | CL | FRANSWAY,JAYW | DE |
| 9 | 2008SC001338 | CL | FRANSWAY,JAY | DE |
| 9 | 2011CM000551 | CL | VOBEDA,BRIANMICHAEL | DE |
| 9 | 2013CV000094 | CL | BLAKE,DAVIDC | PE |
| 9 | 2014CV000169 | CL | COATES,APRILA | PE |
| 9 | 2014CV000172 | CL | MCCANN,RUSSELLL | PE |
| 9 | 2014CV000235 | CL | DERNOVSEK,THEODORE | PL |
| 9 | 2015CV000168 | CL | PALMER,JEREMYL | PE |
| 9 | 2015CV000168 | CL | PALMER,LARA | PE |
| 9 | 2018CV000003 | CL | DALSVEEN,JAMES | PE |
| 10 | 2015CV000164 | CL | SEELIG,STEPHANIEC | PE |
| 11 | 2011TR004238 | CL | LEIN,MATTHEWC | DE |
| 11 | 2012SC000301 | CL | TOTTEN,JERRY | DE |
| 16 | 2011CT000264 | CL | VINCENT,RYANMICHAEL | DE |
| 16 | 2013PR000018 | CL | KELLY,JOHN | SA |
| 16 | 2014CV000 | CL | JONES,JULIEA | PE |

|    |                |    |                        |    |
|----|----------------|----|------------------------|----|
|    | 139            |    |                        |    |
| 16 | 2015SC000439   | CL | PETERSON,CODY          | DE |
| 16 | 2016CV000042   | CL | STENSLAND,JOSEPH       | PL |
| 16 | 2016CV000231   | CL | LEIN,CURTISSN          | PL |
| 16 | 2016CV000300   | OP | RABITOY,TIMOTHY        | PL |
| 16 | 2017CV000166   | CL | BRAGER,LYNN            | PE |
| 16 | 2017SC000398   | CL | NIELSEN,BRIAN          | PL |
| 16 | 2017SC000956   | CL | BYRNES,SCOTT           | DE |
| 16 | 2017TR002399   | CL | ELLIS,STEPHENJ         | DE |
| 16 | 2018CV000024   | CL | STENZINGER,TED         | PL |
| 16 | 2018SC000619   | OP | TISDELL,GEORGINE       | PL |
| 16 | 2018SC001093   | OP | BUNTS,KEVONN           | PL |
| 18 | 2007CV000672   | CL | MCDOUGALLRENTALSLLC    | DE |
| 18 | 2011TR010201   | CL | VANDERHEYDEN,MICHAEL   | DE |
| 18 | 2012SC002189   | CL | FRANSWAY,JAY           | DE |
| 18 | 2014CV000064   | CL | KLATT,ANDREWS          | PE |
| 18 | 2014CV000235   | CL | STAFFORD,BRIANW        | PE |
| 18 | 2014CV000235   | CL | STAFFORD,SHANNA        | PE |
| 18 | 2016CV000       | CL | JONES,JULIEA           | PE |

| | | | | |
|---|---|---|---|---|
| | 569 | | | |
| 18 | 2017CV000014 | OP | NDIAYE,ALEXANDER | PL |
| 18 | 2017CV000046 | CL | ZIMMERMAN,KRISTINAL | PE |
| 18 | 2017CV000413 | CL | SCLAVI,MARK | PL |
| 18 | 2018CV000230 | CL | RAMAS,BRENDA | PE |
| 18 | 2018CV000230 | CL | RAMAS,FLORIZEL | PE |
| 18 | 2018CV000254 | CL | WETTSTEIN,JEWELLK | PE |
| 18 | 2018CV000269 | CL | REZARCH,SCOTT | PE |
| 21 | 2009CF000076 | CL | SHEPARD,PAULDANIEL | DE |
| 21 | 2010CF000072 | CL | SHEPARD,PAULDANIEL | DE |
| 26 | 2013CV000073 | CL | BARBER,JAMESWJR | PE |
| 26 | 2014CV000066 | CL | THOMAS,CHRISTOPHER | PE |
| 26 | 2017TR000787 | CL | DIAS,AARONDOUGLAS | DE |
| 26 | 2018CV000001 | CL | OFSTAD,LACEY | PE |
| 39 | 2011TR003359 | CL | SANTANDER,MARIO | DE |
| 40 | 2018FA004048 | OP | KIENLEN,RYANCHRISTOPHER | RE |
| 41 | 2012TR004236 | CL | HAMADE,FIRASR | DE |
| 41 | 2012TR005957 | CL | MAIMONIS,NADEJDAJ | DE |
| 43 | 2012TR000 | CL | KAESTNER,AARONM | DE |

| | 027 | | | PE |
|---|---|---|---|---|
| 43 | 2013CV000 186 | CL | BOUCHER,CHARLOTTEY | PE |
| 43 | 2013CV000 186 | CL | BOUCHER,STEVENA | PE |
| 43 | 2014CV000 056 | CL | COOK,PHILLIPD | PE |
| 43 | 2017CV000 190 | CL | NOWAKOWSKI,JOSEPH | PL |
| 47 | 2014CV000 215 | CL | BEHLKE,BRANDONM | PE |
| 48 | 2014CV000 029 | CL | LEIN,CURTISSN | PL |
| 48 | 2016CV000 293 | CL | CAIRNS,CHAD | PL |
| 50 | 2006SC000 309 | CL | NESSETT,JOE | DE |
| 50 | 2011SC000 192 | CL | LEHMAN,KATHRYNL | DE |
| 50 | 2011SC000 259 | CL | CAPITALONEBANKUSANA | PL |
| 50 | 2011SC000 259 | CL | LEHMAN,KATHRYNL | DE |
| 50 | 2012FO000 252 | CL | ANDERSON,NICHOLEM | DE |
| 50 | 2012FO000 311 | CL | ANDERSON,NICHOLEM | DE |
| 50 | 2014CV000 001 | CL | QUINNELL,BRENDAR | PE |
| 50 | 2014CV000 042 | CL | HUDAK,MIKE | PE |
| 50 | 2014CV000 063 | CL | ROTH,WENDY | PE |
| 50 | 2015CF000 044 | CL | SMIDL,DAVIDJ | DE |
| 50 | 2017CF000 | CL | WESTPHAL,RONALDALLEN | DE |

| | 059 | | | |
|---|---|---|---|---|
| 50 | 2017CV000 007 | CL | PANKRATZ,JAMES | PE |
| 50 | 2017TR000 421 | CL | WESTPHAL,RONALDA | DE |
| 54 | 2007SC000 353 | CL | WILLOUGHBY,RONALDE | DE |
| 54 | 2007SC000 521 | CL | WILLOUGHBY,PAMELAD | DE |
| 54 | 2007SC000 521 | CL | WILLOUGHBY,RONALDE | DE |
| 54 | 2008SC000 291 | CL | WILLOUGHBY,RONALD | DE |
| 54 | 2008SC000 446 | CL | SPRAGUE,MICHAELJ | DE |
| 54 | 2008SC000 488 | CL | SPRAGUE,LINDSEYA | DE |
| 54 | 2008SC000 488 | CL | SPRAGUE,MICHAELJ | DE |
| 54 | 2008SC000 559 | CL | SPRAGUE,LINDSEY | DE |
| 54 | 2008SC000 559 | CL | SPRAGUE,MICHAELJ | DE |
| 54 | 2009SC000 280 | CL | SPRAGUE,LINDSEY | DE |
| 54 | 2009SC000 280 | CL | SPRAGUE,MICHAELJ | DE |
| 54 | 2009SC000 464 | CL | SPRAGUE,LINDSEYA | DE |
| 54 | 2009SC000 464 | CL | SPRAGUE,MICHAELJ | DE |
| 54 | 2009SC000 501 | CL | SPRAGUE,LINDSEY | DE |
| 54 | 2009SC000 501 | CL | SPRAGUE,MICHAEL | DE |
| 54 | 2009SC000 | CL | KESAN,JAYF | DE |

| | | | | |
|---|---|---|---|---|
| | 546 | | | DE |
| 54 | 2009SC000553 | CL | SPRAGUE,LINDSEYA | DE |
| 54 | 2009SC000553 | CL | SPRAGUE,MICHAELJ | DE |
| 54 | 2009SC000567 | CL | SPRAGUE,LINDSEY | DE |
| 54 | 2009SC000567 | CL | SPRAGUE,MIKE | DE |
| 54 | 2010CV000035 | CL | ROBOTKA,LESLIEA | DE |
| 54 | 2010CV000048 | CL | STROM,ROBM | DE |
| 54 | 2011CM000203 | CL | AMICK,DUANEJ | DE |
| 54 | 2012CF000010 | CL | MANN,DOUGLASA | DE |
| 54 | 2013CV000125 | CL | MAYER,FREDC | PE |
| 54 | 2014SC000100 | CL | STROM,ROBERT | DE |
| 54 | 2014SC000147 | CL | SHOTLIFF,DAVID | PL |
| 54 | 2015TR000109 | CL | BANDY,JEFFREYWILTON | DE |
| 54 | 2016CV000023 | CL | HERRMANN,KELSEY | PL |
| 54 | 2016CV000023 | CL | HERRMANN,PAUL | PL |
| 54 | 2016TR001490 | CL | COLLINS,HOWARDJ | DE |
| 54 | 2016TR001491 | CL | COLLINS,HOWARDJ | DE |
| 54 | 2017CV000085 | CL | YEAGER,ANNMARIEL | PL |
| 54 | 2018CF000 | OP | PEACOCK,JONATHANM | DE |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 090 |  |  |  |
| 54 | 2018CV000 040 | CL | SARNSTROM,GREGORY | PE |
| 54 | 2018CV000 057 | CL | PRATT,HELEN | PE |
| 54 | 2018CV000 058 | OP | CHAVEZ,KRISTAL | PL |
| 54 | 2018GF000 150 | CL | PEACOCK,JONATHAN | DE |
| 54 | 2018TR000 391 | OP | PEACOCK,JONATHANM | DE |
| 54 | 2018TR000 392 | OP | PEACOCK,JONATHANM | DE |
| 55 | 1999SC000 556 | CL | TOTTEN,JERRYL | DE |
| 56 | 1996SC002 115 | CL | SWAN,JOHNH | DE |
| 56 | 1997SC002 361 | CL | SWAN,JOHN | DE |
| 56 | 2007SC001 364 | CL | SWAN,CHRISTEL | DE |
| 56 | 2007SC001 364 | CL | SWAN,JOHNH | DE |
| 56 | 2011SC000 663 | CL | SWAN,JOHN | DE |
| 56 | 2015CV000 618 | CL | WEBSTER,GAYLEENZ | PE |
| 56 | 2015CV000 618 | CL | WEBSTER,STEVEA | PE |
| 57 | 2000SC000 188 | CL | KICK,LINDAE | DE |
| 57 | 2005CM00 0473 | CL | MARTIN,JEREMYJ | DE |
| 57 | 2007CM00 0677 | CL | BRABBS,MARLONNMI | DE |
| 57 | 2007CT000 | CL | BRABBS,MARLONNMI | DE |

| | 142 | | | |
|---|---|---|---|---|
| 57 | 2007SC000053 | CL | KICK,LINDA | DE |
| 57 | 2009CM000400 | CL | LECHELT,BRYANT | DE |
| 57 | 2009SC000304 | CL | KNIGHT,HAZEL | DE |
| 57 | 2009SC000370 | CL | KNIGHT,WILLIAM | DE |
| 57 | 2010CM000452 | CL | HAYES,GORDONF | DE |
| 57 | 2010CM000616 | CL | LECHELT,BRYANT | DE |
| 57 | 2010CM000665 | CL | BODEAU,MICHAELW | DE |
| 57 | 2010CM000666 | CL | BODEAU,MICHAELW | DE |
| 57 | 2010CT000019 | CL | RADY,JOHND | DE |
| 57 | 2011CF000132 | CL | WILLER,DAVIDR | DE |
| 57 | 2011CF000139 | CL | WILLER,DAVIDR | DE |
| 57 | 2011CF000148 | CL | BRUEGGEMAN,TERRYP | DE |
| 57 | 2011CF000162 | CL | MANN,DOUGLASA | DE |
| 57 | 2011CF000171 | CL | TREPANIA592388,TRENTT | DE |
| 57 | 2011CM000047 | CL | TREPANIA,BRADLEYD | DE |
| 57 | 2011CM000193 | CL | TREPANIA,TRENTT | DE |
| 57 | 2011CM000204 | CL | TREPANIA,TRENTT | DE |
| 57 | 2011CM00 | CL | BODEAU,MICHAELW | DE |

| | 0216 | | | |
|---|---|---|---|---|
| 57 | 2011CM00 0235 | CL | HAMLET,KEVIN | DE |
| 57 | 2011CM00 0261 | CL | DIAMOND,ROGERCJR | DE |
| 57 | 2011CM00 0282 | CL | TRIBBLE,ALEXANDERL | DE |
| 57 | 2011CM00 0304 | CL | BURCIAGA,NORBERTOJR | DE |
| 57 | 2011CM00 0333 | CL | TRIBBLE,ALEXANDERL | DE |
| 57 | 2011CM00 0403 | CL | MOE,DAVIDA | DE |
| 57 | 2011CM00 0409 | CL | TREPANIA,TRENTT | DE |
| 57 | 2011CM00 0434 | CL | FIX,ANTHONYJ | DE |
| 57 | 2011CM00 0436 | CL | ALAMILLA,ANTONIOF | DE |
| 57 | 2011CM00 0445 | CL | MARTIN,ADAMJ | DE |
| 57 | 2011CM00 0456 | CL | WILLER,DAVIDR | DE |
| 57 | 2011CM00 0480 | CL | TREPANIA,TRENTT | DE |
| 57 | 2011CM00 0486 | CL | CONGER,NICHOLR | DE |
| 57 | 2011CM00 0488 | CL | HANE,LORIEM | DE |
| 57 | 2011CM00 0493 | CL | SMITH,NICHOLASG | DE |
| 57 | 2011CM00 0500 | CL | TREPANIA,TRENTT | DE |
| 57 | 2011CM00 0511 | CL | MCLEAN,JUSTINEE | DE |
| 57 | 2011CM00 | CL | TREPANIA,TRENTT | DE |

| | | | | |
|---|---|---|---|---|
| | 0529 | | | |
| 57 | 2011CM000583 | CL | WALCZAK,JEROMEM | DE |
| 57 | 2011CT000015 | CL | GOURLEY,DAVIDJ | DE |
| 57 | 2011CT000043 | CL | POTACK,JAYA | DE |
| 57 | 2011CT000048 | CL | HARGETT,JACQUELINEA | DE |
| 57 | 2011CT000049 | CL | HARGETT,JACQUELINEA | DE |
| 57 | 2011CT000054 | CL | JASEK,BRUCEJ | DE |
| 57 | 2011CT000063 | CL | CARLSON,DIANEROSE | DE |
| 57 | 2011CT000066 | CL | POTACK,JAYA | DE |
| 57 | 2011CT000072 | CL | CAVAZOS,JUANLAWRENCE | DE |
| 57 | 2011CV000071 | CL | SCIASCIA,ANTHONYM | DE |
| 57 | 2011CV000071 | CL | SCIASCIA,PENNYD | DE |
| 57 | 2011CV000219 | CL | MCCABE,CYNTHIAL | DE |
| 57 | 2011CV000219 | CL | MCCABE,JOHNF | DE |
| 57 | 2011FO000134 | CL | TREPANIA,TRENTT | DE |
| 57 | 2011FO000141 | CL | TREPANIA,TRENTT | DE |
| 57 | 2011FO000416 | CL | MANN,DOUGLASA | DE |
| 57 | 2011FO000417 | CL | MANN,DOUGLASA | DE |
| 57 | 2011JO000 | CL | ROUGEAU,TONYJ | CH |

| | 206 | | | |
|----|----------------|----|---------------------------|----|
| 57 | 2011JV000 022 | CL | MELTON,SARAHANN | JV |
| 57 | 2011SC000 286 | CL | BILLER,MARCUSD | DE |
| 57 | 2011SC000 304 | CL | FIRSTTEMPLEOFUNIVERSALLAW | PL |
| 57 | 2011SC000 305 | CL | FIRSTTEMPLEOFUNIVERSALLAW | PL |
| 57 | 2011TR000 825 | CL | HARGETT,JACQUELINEA | DE |
| 57 | 2011TR000 864 | CL | HARGETT,JACQUELINEA | DE |
| 57 | 2011TR001 154 | CL | BALISTRERI,JOSEPHA | DE |
| 57 | 2011TR001 155 | CL | BALISTRERI,JOSEPHA | DE |
| 57 | 2011TR001 352 | CL | WILLING,STEPHENK | DE |
| 57 | 2011TR001 367 | CL | SHEPARD,PAULDANIEL | DE |
| 57 | 2011TR001 368 | CL | SHEPARD,PAULDANIEL | DE |
| 57 | 2011TR001 447 | CL | REKER,ABRAHAMJ | DE |
| 57 | 2012CF000 002 | CL | CLUTE,DUSTINC | DE |
| 57 | 2012CF000 029 | CL | HOLCOMB,SHANEKENNETH | DE |
| 57 | 2012CF000 101 | CL | MANN,DOUGLASA | DE |
| 57 | 2012CF000 133 | CL | KOACH,DENVERL | DE |
| 57 | 2012CF000 141 | CL | HARGETT,JACQUELINEA | DE |
| 57 | 2012CF000 | CL | GOURLEY,DAVIDJ | DE |

| | | | | |
|---|---|---|---|---|
| | 169 | | | |
| 57 | 2012CF000170 | CL | LAYTON,JUSTINRICHARD | DE |
| 57 | 2012CF000176 | CL | COLALILLO,MICHAELA | DE |
| 57 | 2012CM000013 | CL | RADY,JOHND | DE |
| 57 | 2012CM000013 | CL | RADY,JOHND | DE |
| 57 | 2012CM000026 | CL | BERGE,NICHOLASA | DE |
| 57 | 2012CM000046 | CL | PAGE,JOHNH | DE |
| 57 | 2012CM000057 | CL | HOLCOMB,SHANEKENNETH | DE |
| 57 | 2012CM000063 | CL | HOUSE,RAEANNEC | DE |
| 57 | 2012CM000070 | CL | CAVAZOS,JUANLAWRENCE | DE |
| 57 | 2012CM000149 | CL | CONGER,NICHOLR | DE |
| 57 | 2012CM000153 | CL | RADY,JOHND | DE |
| 57 | 2012CM000171 | CL | BERGE,NICHOLASA | DE |
| 57 | 2012CM000247 | CL | GAUTHIER,THOMASRJR | DE |
| 57 | 2012CM000265 | CL | BERGE,NICHOLASA | DE |
| 57 | 2012CM000266 | CL | BERGE,NICHOLASA | DE |
| 57 | 2012CM000267 | CL | BERGE,NICHOLASA | DE |
| 57 | 2012CM000281 | CL | KIRSCH,FORRESTT | DE |
| 57 | 2012CM00 | CL | HEADLEY,CHADC | DE |

|     | 0333             |     |                        |     |
|-----|------------------|-----|------------------------|-----|
| 57  | 2012CT000 011    | CL  | PURFEERST,RICHARDD     | DE  |
| 57  | 2012CT000 025    | CL  | SCHNEIDER,TODDANTHONY  | DE  |
| 57  | 2012CT000 052    | CL  | LEEK,JAMEST            | DE  |
| 57  | 2012CT000 098    | CL  | BELILLE,CHASEM         | DE  |
| 57  | 2012CV000 048    | CL  | HILL,LORIA             | PE  |
| 57  | 2012CV000 048    | CL  | HILL,ROBERTL           | PE  |
| 57  | 2012CV000 072    | CL  | HOIVIK,JEFFREYP        | PE  |
| 57  | 2012CV000 072    | CL  | HOIVIK,JILLA           | PE  |
| 57  | 2012CV000 145    | CL  | COMPTON,EARL           | DE  |
| 57  | 2012FO000 448    | CL  | HEADLEY,CHADC          | DE  |
| 57  | 2012FO000 449    | CL  | HEADLEY,CHADC          | DE  |
| 57  | 2012FO000 450    | CL  | HEADLEY,CHADC          | DE  |
| 57  | 2012FO000 451    | CL  | HEADLEY,CHADC          | DE  |
| 57  | 2012FO000 452    | CL  | HEADLEY,CHADC          | DE  |
| 57  | 2012JV000 014    | CL  | WADE,SARAH             | JV  |
| 57  | 2012ME000 018    | CL  | CAMBRA,RAYMONDC        | PN  |
| 57  | 2012SC000 116    | CL  | CARLSON,ERICAL         | DE  |
| 57  | 2012SC000       | CL  | ALBINIAK,CINDYLOU      | PL  |

| | 134 | | | |
|---|---|---|---|---|
| 57 | 2012SC000 139 | CL | KNIGHT,BILL | DE |
| 57 | 2012SC000 186 | CL | EXELANDFEEDMILL | CR |
| 57 | 2012SC000 381 | CL | GOODNOW,DENISE | DE |
| 57 | 2012SC000 381 | CL | GOODNOW,JAKE | DE |
| 57 | 2012TR000 333 | CL | WILBER,JEFFERYF | DE |
| 57 | 2012TR000 334 | CL | WILBER,JEFFERYF | DE |
| 57 | 2012TR000 620 | CL | SMITH,SHARONL | DE |
| 57 | 2012TR000 633 | CL | SMITH,DEANLOUIS | DE |
| 57 | 2012TR000 671 | CL | SMITH,SHARONL | DE |
| 57 | 2012TR000 762 | CL | JACKSON,ROBERTM | DE |
| 57 | 2012TR000 904 | CL | GADWILL,JOHNCHARLES | DE |
| 57 | 2012TR001 510 | CL | WOJCIK,SCOTTD | DE |
| 57 | 2012TR001 754 | CL | BIERMEIER,FRANKS | DE |
| 57 | 2012TR001 755 | CL | BIERMEIER,FRANKS | DE |
| 57 | 2012TR001 778 | CL | LEIN,CURTISSN | DE |
| 57 | 2012TR001 779 | CL | LEIN,CURTISSN | DE |
| 57 | 2012TR001 936 | CL | BELILLE,CHASEM | DE |
| 57 | 2012TR001 | CL | ERICKSON,MICHAELP | DE |

| 57 | 939 | | | |
|----|-----------|----|----------------------|----|
| 57 | 2012TR001 973 | CL | STEPANEK,STEPHENJ | DE |
| 57 | 2012TR001 974 | CL | STEPANEK,STEPHENJ | DE |
| 57 | 2012TR001 975 | CL | STEPANEK,STEPHENJ | DE |
| 57 | 2012TR002 013 | CL | RATH,RUSSELLC | DE |
| 57 | 2012TR002 014 | CL | RATH,RUSSELLC | DE |
| 57 | 2012TR002 055 | CL | GOURLEY,DAVIDJ | DE |
| 57 | 2012TR002 362 | CL | COLALILLO,MICHAELA | DE |
| 57 | 2013CF000 124 | CL | WADE,SCOTTG | DE |
| 57 | 2013CF000 126 | CL | ANTHONY,JOHNATHANP | DE |
| 57 | 2013CM00 0429 | CL | KORTHOF,CHRISTOPHERR | DE |
| 57 | 2013CT000 003 | CL | JACOBSON,ANGELALYN | DE |
| 57 | 2013CT000 064 | CL | HARALSON,LINDA | DE |
| 57 | 2013CV000 065 | CL | MCCAFFERY,HERBERTL | PE |
| 57 | 2013CV000 114 | CL | CAYLOR,JENNEYR | PE |
| 57 | 2013CV000 149 | CL | HENDRICKS,CHARLESW | PL |
| 57 | 2013CV000 193 | CL | FREY,KAGANT | PE |
| 57 | 2013CV000 202 | CL | BOEHME,SYLVIA | PL |
| 57 | 2013CV000 | CL | GRAHAM,ANGELA | PL |

| 57 | 205 | | | |
|----|-----------|----|-------------------|----|
| 57 | 2013CV000 205 | CL | GRAHAM,DARLENE | PL |
| 57 | 2013SC000 026 | CL | STROM,ROBERT | DE |
| 57 | 2013SC000 239 | CL | LEIN,DELORES | PL |
| 57 | 2013SC000 282 | CL | LEINLAWOFFICES | PL |
| 57 | 2013SC000 283 | CL | LEINLAWOFICES | PL |
| 57 | 2013TR000 578 | CL | MILLER,MARSHALLW | DE |
| 57 | 2013TR000 650 | CL | RETZLOFF,SCOTTJ | DE |
| 57 | 2013TR000 651 | CL | RETZLOFF,SCOTTJ | DE |
| 57 | 2013TR001 484 | CL | MOONE,JOSHUAA | DE |
| 57 | 2013TR001 485 | CL | MOONE,JOSHUAA | DE |
| 57 | 2013TR001 496 | CL | HARALSON,LINDAS | DE |
| 57 | 2014CM00 0216 | CL | HANSON,AAROND | DE |
| 57 | 2014CM00 0216 | CL | HANSON,AAROND | DE |
| 57 | 2014CT000 052 | CL | FOSS,MICHAELPETERSR | DE |
| 57 | 2014CV000 027 | CL | DVORAK,HELENC | PE |
| 57 | 2014CV000 027 | CL | DVORAK,WILLIAMJ | PE |
| 57 | 2014CV000 086 | CL | BLOM,DANIELL | PE |
| 57 | 2014CV000 | CL | FREY,KAGANT | PE |

| | 104 | | | |
|---|---|---|---|---|
| 57 | 2014CV000158 | CL | HEREK,DAVID | PE |
| 57 | 2014CV000166 | CL | CLEMENTS,SAMUELJ | PE |
| 57 | 2014CV000181 | CL | INHOFF,GARYS | PE |
| 57 | 2014CV000181 | CL | INHOFF,LYNNM | PE |
| 57 | 2014CV000185 | CL | BLAKE,SANDRA | DE |
| 57 | 2014FJ000005 | CL | LOVE,MAUREENA | DB |
| 57 | 2014FJ000005 | CL | LOVE,PAULH | DB |
| 57 | 2014PR000050 | CL | HO,LOSZU | HR |
| 57 | 2014PR000050 | CL | HO,YIFU | HR |
| 57 | 2014PR000057 | CL | JOHNSON,BRUCED | DC |
| 57 | 2014SC000023 | CL | LEINDBALEINLAWOFFICES,CURTIS | PL |
| 57 | 2014SC000096 | CL | JASEK,BRUCE | PL |
| 57 | 2014SC000284 | CL | UTTECH,SHANNON | PL |
| 57 | 2014TR000603 | CL | FRELICH,TIFFANYANN | DE |
| 57 | 2014TR000677 | CL | HANSON,AAROND | DE |
| 57 | 2014TR000678 | CL | HANSON,AAROND | DE |
| 57 | 2014TR001044 | CL | DRAKE,WILLIAMJL | DE |
| 57 | 2015CM00 | CL | JASEK,BRUCEJOHN | DE |

| | 0005 | | | |
|---|---|---|---|---|
| 57 | 2015CT000004 | CL | DRAKE,WILLIAMJONATHANLEE | DE |
| 57 | 2015CT000047 | CL | BERGUM,BRIANG | DE |
| 57 | 2015CV000001 | CL | THOMPSON,KEVINL | DE |
| 57 | 2015CV000001 | CL | THOMPSON,REBECCAL | DE |
| 57 | 2015CV000032 | CL | LEIN,CURTISSN | PL |
| 57 | 2015CV000032 | CL | LEINLAWOFFICE | PL |
| 57 | 2015CV000045 | RO | JONES,LEROY | DE |
| 57 | 2015CV000045 | RO | JONES,ROGER | DE |
| 57 | 2015CV000063 | CL | RUNAMUKRIDESLLC | PL |
| 57 | 2015CV000095 | CL | KADLEC,CHASE | PL |
| 57 | 2015CV000126 | CL | THOMPSON,KEVINL | PL |
| 57 | 2015CV000126 | CL | THOMPSON,REBECCAL | PL |
| 57 | 2015CV000155 | CL | BURLING,ANDREWW | DE |
| 57 | 2015CV000155 | CL | BURLING,NANCYL | DE |
| 57 | 2015CV000162 | CL | MILLER,CATHYJ | RE |
| 57 | 2015CV000163 | CL | KADLEC,CHASE | PL |
| 57 | 2015CV000170 | CL | BURLING,ANDREWW | PE |
| 57 | 2015CV000 | CL | BURLING,NANCY | PE |

| | 170 | | | |
|----|----------------|----|---------------------------|----|
| 57 | 2015CV000 179 | CL | WOOD,ARLENEM | PL |
| 57 | 2015CV000 179 | CL | WOOD,ROBERTJ | PL |
| 57 | 2015PR000 014 | CL | CORNILS,MARLENESIGNE | DC |
| 57 | 2015SC000 091 | CL | RUNAMUKRIDESLLC | PL |
| 57 | 2015SC000 349 | CL | WELCH,DON | PL |
| 57 | 2015TR000 379 | CL | SPIEGELBERG,MANDIL | DE |
| 57 | 2015TR000 380 | CL | SPIEGELBERG,MANDIL | DE |
| 57 | 2015TR000 387 | CL | ROBBINS,STEVENC | DE |
| 57 | 2015TR000 388 | CL | ROBBINS,STEVENC | DE |
| 57 | 2015TR000 422 | CL | BERGUM,BRIANG | DE |
| 57 | 2015TR000 572 | CL | SPIEGELBERG,MANDIL | DE |
| 57 | 2015TR000 723 | CL | CODDINGTON,GRETAR | DE |
| 57 | 2015TR000 724 | CL | CODDINGTON,GRETAR | DE |
| 57 | 2015TR000 754 | CL | CODDINGTON,GRETAR | DE |
| 57 | 2015TR001 065 | CL | MEDIN,SCOTTA | DE |
| 57 | 2015TR001 363 | CL | SLAYTON,WAYNEZ | DE |
| 57 | 2015TR001 364 | CL | SLAYTON,WAYNEZ | DE |
| 57 | 2016CT000 | CL | BURT,LUCASAUSTIN | DE |

| | 011 | | | |
|---|---|---|---|---|
| 57 | 2016CV000 022 | CL | LEIN,DELORESW | PL |
| 57 | 2016CV000 023 | CL | HILLE,DANIEJ | PE |
| 57 | 2016CV000 061 | OP | DYE,GERRY | PL |
| 57 | 2016CV000 062 | OP | HAHN,JASONG | DE |
| 57 | 2016CV000 062 | OP | HAHN,MIMI | PL |
| 57 | 2016CV000 080 | CL | LOWE,GREGORYJ | PE |
| 57 | 2016CV000 119 | CL | TAYLOR,LOUIS | PE |
| 57 | 2016CV000 119 | CL | TAYLOR,MEGAN | PE |
| 57 | 2016FO000 353 | CL | JASEK,BRUCEJ | DE |
| 57 | 2016FO000 356 | CL | JASEK,BRUCEJ | DE |
| 57 | 2016PR000 033 | CL | HUFFMAN,DARLENEA | DC |
| 57 | 2016PR000 034 | CL | HUFFMAN,ROBERTE | DC |
| 57 | 2016SC000 091 | CL | RUNAMUKRIDESLLC | PL |
| 57 | 2016SC000 199 | CL | SCOLES,PETERKENDRA | PL |
| 57 | 2016SC000 263 | CL | JASEK,BRUCE | PL |
| 57 | 2016SC000 280 | CL | JASKO,BRUCE | DE |
| 57 | 2016TR000 745 | CL | WEDIN,KYLEDEVAN | DE |
| 57 | 2016TR000 | CL | WEDIN,KYLEDEVAN | DE |

| | | | | |
|---|---|---|---|---|
| | 746 | | | |
| 57 | 2016TR000747 | CL | WEDIN,KYLEDEVAN | DE |
| 57 | 2017CF000356 | CL | PETERSON,ROLANDRUSSELL | DE |
| 57 | 2017CM000211 | CL | TART,DAWNT | DE |
| 57 | 2017CM000446 | CL | SWEENEY,CARRIES | DE |
| 57 | 2017CT000247 | CL | JASEK,BRUCEJOHN | DE |
| 57 | 2017CV000011 | CL | ROBERTSON,LYNDA | PL |
| 57 | 2017CV000011 | CL | ROBERTSON,STEVEND | PL |
| 57 | 2017CV000048 | CL | AHRENS,WENDYL | PE |
| 57 | 2017CV000068 | OP | DEERPATHGROUP,LLC | PL |
| 57 | 2017CV000068 | OP | MOOSELAKECOMPANIES,INC | PL |
| 57 | 2017CV000078 | CL | HAHN,JASONG | PE |
| 57 | 2017CV000132 | CL | AHRENS,MICHAELD | PL |
| 57 | 2017CV000132 | CL | AHRENS,WENDYL | PL |
| 57 | 2017CV000155 | OP | SCLAVI,MARK | PL |
| 57 | 2017CV000155 | OP | THEESTATEOFMARKSCLAVI | PL |
| 57 | 2017CV000156 | OP | LEIN,DELORESW | PL |
| 57 | 2017PR000005 | OP | MEYER,WILLIAMRAYMOND | DC |
| 57 | 2017PR000 | OP | FREEMAN,JOHNM | CV |

| | | | | |
|---|---|---|---|---|
| | 030 | | | |
| 57 | 2017PR000031 | CL | MASON,MARYC | PE |
| 57 | 2017SC000026 | CL | JASEK,BRUCE | DE |
| 57 | 2017SC000104 | CL | EWERT,LANCEM | DE |
| 57 | 2017TR001007 | CL | WEDIN,RAINERBJORK | DE |
| 57 | 2017TR001008 | CL | WEDIN,RAINERBJORK | DE |
| 57 | 2017TR001019 | CL | BORKENHAGEN,EVANJ | DE |
| 57 | 2017TR001020 | CL | BORKENHAGEN,EVANJ | DE |
| 57 | 2017TR001226 | CL | ABEBE,SAMIMESHESHE | DE |
| 57 | 2018CF000078 | OP | MARTINSON,NEILWAYNE | DE |
| 57 | 2018CM000137 | OP | BEGAY,BAHEFRED | DE |
| 57 | 2018CM000216 | OP | BIRK,NICHOLASWILLIAM | DE |
| 57 | 2018CM000361 | FL | NOWAKOWSKI,JOSEPHANTHONY | DE |
| 57 | 2018CT000051 | OP | MARTINSON,NEILWAYNE | DE |
| 57 | 2018CV000012 | CL | JONAS,FREDE | PE |
| 57 | 2018CV000014 | CL | TAYLOR,LOUIS | PE |
| 57 | 2018CV000014 | CL | TAYLOR,MEGAN | PE |
| 57 | 2018CV000044 | CL | DECORA,CURTIS | PE |
| 57 | 2018CV000 | OP | SOSAW,INC | PL |

| | 052 | | | |
|---|---|---|---|---|
| 57 | 2018CV000054 | OP | CICHY,ROBERT | PE |
| 57 | 2018CV000064 | CL | WHEELER,AMANDA | DE |
| 57 | 2018CV000066 | CL | KLUXDAL,DONALDJ | PL |
| 57 | 2018CV000071 | OP | SAWYER13743WSTATEHWY77LANDTRUST | DE |
| 57 | 2018CV000077 | CL | SCHULTZ,KIMBERLYS | PE |
| 57 | 2018CV000090 | CL | HAND,JULEN | PE |
| 57 | 2018CV000112 | OP | LEIN,MATTHEWC | PL |
| 57 | 2018CV000114 | OP | HEXUM,RICK | DE |
| 57 | 2018PR000021 | OP | KLUXDAL,DONALD | OT |
| 57 | 2018PR000023 | OP | WHALEN,MICHAEL | PR |
| 57 | 2018PR000028 | OP | FREEMAN,JOHNM | SA |
| 57 | 2018PR000029 | OP | FREEMAN,JOHNM | SA |
| 57 | 2018PR000047 | OP | LEIN,MATTHEWC | IN |
| 57 | 2018SC000265 | OP | YACKLEY,KIM | DE |
| 57 | 2018SC000325 | OP | BREIT,KAREN | PL |
| 57 | 2018TR000442 | CL | BIRK,NICHOLASWILLIAM | DE |
| 57 | 2018TR000443 | CL | BIRK,NICHOLASWILLIAM | DE |
| 57 | 2018TR000 | OP | HAMALAINEN,TODDE | DE |

| | 627 | | | |
|---|---|---|---|---|
| 57 | 2018TR000628 | OP | HAMALAINEN,TODDE | DE |
| 57 | 2018TR000629 | OP | HAMALAINEN,TODDE | DE |
| 59 | 2014SC001187 | CL | REINERT,MARILYN | PL |
| 59 | 2014SC001187 | CL | REINERT,ROBERT | PL |
| 60 | 2014CV000057 | CL | KRAEMER,JANICEL | PE |
| 60 | 2014CV000057 | CL | KRAEMER,RYANJ | PE |
| 60 | 2014CV000095 | CL | DERRICO,FRANK | PL |
| 60 | 2015CV000030 | CL | NEUBAUER,JAMESE | PE |
| 60 | 2015CV000030 | CL | NEUBAUER,MICHELEA | PE |
| 60 | 2015CV000085 | CL | NEUBAUER,JAMES | PL |
| 60 | 2015CV000085 | CL | NEUBAUER,MICHELE | PL |
| 61 | 2012TR001080 | CL | POLANI,ADNANNSALIM | DE |
| 61 | 2012TR001081 | CL | POLANI,ADNANNSALIM | DE |
| 63 | 2011TR001678 | CL | HEVESY,PHILIPPEJ | DE |
| 63 | 2011TR002131 | CL | DREW,JACKE | DE |
| 63 | 2011TR002132 | CL | DREW,JACKE | DE |
| 63 | 2011TR002133 | CL | DREW,JACKE | DE |
| 63 | 2011TR002 | CL | DREW,JACKE | DE |

| | 134 | | | |
|---|---|---|---|---|
| 63 | 2012SC000093 | CL | LAPP,CATHERINE | DE |
| 63 | 2012SC000093 | CL | LAPP,DONALDB | DE |
| 63 | 2012SC000438 | CL | REED,JOE | DE |
| 63 | 2013CV000144 | CL | GRUBA,JULIEA | DE |
| 63 | 2014CV000088 | CL | REED,KATHYL | DE |
| 63 | 2014SC000131 | CL | REED,KATHYL | DE |
| 63 | 2015SC000273 | CL | LAPP,CATHERINE | DE |
| 63 | 2015SC000273 | CL | LAPP,DONALDB | DE |
| 63 | 2016CV000070 | CL | LAPP,DONALD | DE |
| 63 | 2018PR000041 | CL | ZEGIEL,CELENAA | PR |
| 65 | 2009SC000323 | CL | SMITH,KRISTINAM | DE |
| 65 | 2010CV000139 | CL | SHELLITO,SONDRAK | DE |
| 65 | 2011CM000037 | CL | ROBERTSON,JONATHANE | DE |
| 65 | 2011CM000166 | CL | HAMLET,KEVINT | DE |
| 65 | 2011CM000171 | CL | VOBEDA,BRIANMICHAEL | DE |
| 65 | 2011CT000054 | CL | VOBEDA,BRIANMICHAEL | DE |
| 65 | 2011CT000055 | CL | VOBEDA,BRIANMICHAEL | DE |
| 65 | 2011ME000 | CL | BROBST,LINDAM | PN |

| 65 | 021 | | | |
|---|---|---|---|---|
| 65 | 2011TR001818 | CL | SCHMIDT,JOHNR | DE |
| 65 | 2011TR001908 | CL | SCHMIDT,JOHNR | DE |
| 65 | 2012CM000037 | CL | RIZZO,PAULF | DE |
| 65 | 2012CM000144 | CL | RIZZO,PAULF | DE |
| 65 | 2012CM000183 | CL | MYER,JOHNT | DE |
| 65 | 2012CM000189 | CL | RIZZO,PAULF | DE |
| 65 | 2012CM000225 | CL | RIZZO,PAULF | DE |
| 65 | 2012CT000012 | CL | MITCHELL,WILLIAMH | DE |
| 65 | 2012CV000160 | CL | MEYERS,JOHN | RE |
| 65 | 2012FA000083 | CL | GOBRECHT,HELENM | PE |
| 65 | 2012ME000027 | CL | STARK,SUSANJ | PN |
| 65 | 2012TR000835 | CL | MARZION,BRIANJOHN | DE |
| 65 | 2012TR000836 | CL | MARZION,BRIANJOHN | DE |
| 65 | 2012TR001171 | CL | WELLS,LEONARDC | DE |
| 65 | 2012TR001172 | CL | WELLS,LEONARDC | DE |
| 65 | 2012TR001173 | CL | WELLS,LEONARDC | DE |
| 65 | 2012TR001174 | CL | WELLS,LEONARDC | DE |
| 65 | 2012TR001 | CL | WELLS,LEONARDC | DE |

| 65 | 175 | | | |
|----|-----|----|---|----|
| 65 | 2013CF000114 | CL | SMILEY,SHERIA | DE |
| 65 | 2013SC000002 | CL | CAPITALONEBANKUSA,NA | PL |
| 65 | 2013SC000050 | CL | PORTFOLIORECOVERYASSOCIATESLLCASSIGNEEOFATLANTIC | PL |
| 65 | 2014CV000100 | CL | OLSON,DEWAYNEW | PE |
| 65 | 2015CF000078 | CL | RIZZO,PAULF | DE |
| 65 | 2015CF000101 | CL | RIZZO,PAULF | DE |
| 65 | 2015CF000102 | CL | RIZZO,PAULF | DE |
| 65 | 2015CV000015 | CL | PETERSON,KARENM | PE |
| 65 | 2015CV000015 | CL | PETERSON,KENTL | PE |
| 65 | 2015CV000101 | CL | RIZZO,PAUL | PL |
| 65 | 2015CV000120 | CL | LANDWEHR,GAYLEA | PE |
| 65 | 2015SC000224 | CL | RIZZO,PAUL | PL |
| 65 | 2015TR000475 | CL | RIZZO,PAULF | DE |
| 65 | 2016CV000070 | CL | HUTTON,MCLAINE | 3D |
| 65 | 2016CV000098 | CL | MCLAINEHUTTONBYHERGUARDIANADLITEM,MATTHEWCLEIN | PL |
| 65 | 2016SC000126 | CL | MCNITT,MELISSA | DE |
| 65 | 2016SC000229 | CL | MCNITT,MELISSAM | DE |
| 65 | 2017CV000 | OP | KERSTEN,RONALD | PL |

| | | | | |
|---|---|---|---|---|
| | 056 | | | |
| 65 | 2017CV000 058 | CL | WEBSTERFENCING,LLC | PL |
| 65 | 2017FO000 183 | CL | RIZZO,PAULF | DE |
| 65 | 2017TR000 292 | OP | AUSTIN,KEVINJ | DE |
| 65 | 2017TR000 293 | OP | AUSTIN,KEVINJ | DE |
| 65 | 2017TR000 294 | OP | AUSTIN,KEVINJ | DE |
| 65 | 2018CV000 029 | OP | ADAM,WAYNE | PL |
| 65 | 2018CV000 074 | CL | CARLSON,DAVIDA | PE |
| 65 | 2018CV000 078 | OP | ZEHM,AARON | PL |
| 65 | 2018PR000 006 | CL | WALSH,KRISTEN | SA |
| 65 | 2018PR000 012 | OP | LEIN,MATTHEWCURTISS | PE |
| 65 | 2018TR000 500 | CL | DEGENAAR,RICHARDWARREN | DE |
| 65 | 2018TR000 554 | CL | DEGENAAR,RICHARDWARREN | DE |