IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BONITA BAUM, INDIVIDUALLY AND
ON BEHALF OF A CLASS OF OTHERS
SIMILARLY SITUATED,

    PLAINTIFF,

        V.

MAYO CLINIC AMBULANCE (F/K/A
GOLD CROSS AMBULANCE
SERVICE) AND GOLD CROSS
AMBULANCE, INC.,

    DEFENDANTS

PUTATIVE CLASS ACTION
CASE NO.: 3:20-CV-00409-WMC

NOTICE OF MOTION AND MOTION
FOR FINAL APPROVAL OF A SETTLEMENT CLASS,
AWARD OF INCENTIVE FEE
AND DESIGNATION OF CY PRES RECIPIENTS

    Please take Notice that Plaintiff, Bonita Baum, will move the Court, the Honorable William M. Conley presiding, in his courtroom located at the U.S. District Court, 120 N Henry St, Madison, WI 53703 on the 26th day of May, 2022, at 1:00 p.m., or as soon thereafter as counsel may be heard, for an Order finally Approving a Settlement Class, for an award of an Incentive Fee and for an Award of Attorney Fees.

    This Motion is further supported by the Memo in Support (Doc. 48) and Declaration of CAC Services, LLC (Doc. 50).

    A Proposed Order is attached hereto as Exhibit A.

Dated this 11th day of May, 2022.

Respectfully submitted,

/s/ Robert J. Welcenbach
**Robert J. Welcenbach**
Welcenbach Law Offices, S.C.
State Bar No. 1033091
933 North Mayfair Road
Suite 311
Milwaukee, WI  53226
(414) 774-7330 Office
(414) 774-7670 Fax
robert@welcenbachlaw.com

**Scott C. Borison**
Borison Firm LLC.
1400 S. Charles St.
Baltimore MD 21230
(301) 620-1016
scott@borisonfirm.com

**Matthew C. Lein**
Lein Law Offices, LLP
15692 Hwy 63 North/PO Box 761
Hayward, WI 54843
Phone: (715) 634-4273
Fax: (715) 634-5051
mlein@leinlawoffices.com

Attorneys for the Plaintiff

CERTIFICATE OF SERVICE

This document was served on the Defendant's counsel when filed through the Court's CM/ECF system on May 11, 2022

/s/ Robert J. Welcenbach