IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BONITA BAUM, INDIVIDUALLY AND ON BEHALF OF A CLASS OF OTHERS SIMILARLY SITUATED,<br><br> PLAINTIFF,<br><br>   V.<br><br>MAYO CLINIC AMBULANCE (F/K/A GOLD CROSS AMBULANCE SERVICE) AND GOLD CROSS AMBULANCE, INC.,<br><br> DEFENDANTS | PUTATIVE CLASS ACTION<br>CASE NO.: 3:20-CV-00409-WMC |

### AMENDED NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF A SETTLEMENT CLASS, AWARD OF INCENTIVE FEE AND DESIGNATION OF CY PRES RECIPIENTS

 Please take Notice that Plaintiff, Bonita Baum, will move the Court, the Honorable William M. Conley presiding, in his courtroom located at the U.S. District Court, 120 N Henry St, Madison, WI 53703 on the 26th day of May, 2022, at 1:00 p.m., or as soon thereafter as counsel may be heard, for an Order finally Approving a Settlement Class, for an award of an Incentive Fee and for an Award of Attorney Fees.

 This Motion is further supported by the Memo in Support (Doc. 48) and Declaration of CAC Services, LLC (Doc. 50).

 A corrected **Proposed Order** is attached hereto as Exhibit A.

Dated this 12th day of May, 2022.

    Respectfully submitted,

    /s/ Robert J. Welcenbach
    **Robert J. Welcenbach**
    Welcenbach Law Offices, S.C.
    State Bar No. 1033091
    933 North Mayfair Road
    Suite 311
    Milwaukee, WI  53226
    (414) 774-7330 Office
    (414) 774-7670 Fax
    robert@welcenbachlaw.com

    **Scott C. Borison**
    Borison Firm LLC.
    1400 S. Charles St.
    Baltimore MD 21230
    (301) 620-1016
    scott@borisonfirm.com

    **Matthew C. Lein**
    Lein Law Offices, LLP
    15692 Hwy 63 North/PO Box 761
    Hayward, WI 54843
    Phone: (715) 634-4273
    Fax: (715) 634-5051
    mlein@leinlawoffices.com

    Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

This document was served on the Defendant's counsel when filed through the Court's CM/ECF system on May 12, 2022

/s/ Robert J. Welcenbach